*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV4244   Assigned/Issued By: AEE

Judge Name: ZAGEL   Designated Magistrate Judge: BROWN

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____   ☐ Other
*(Type of Writ)*   _____
_____
*(Type of issuance)*

_____Original and _____ copies on  07/25/08  as to _____
*(Date)*

_____
_____