UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MARANO COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>M-S GRAND BRIDGEVIEW, INC., d/b/a MELROSE FRESH MARKET, an Illinois corporation, PETER LIMPERIS, and MAKIS LIMPERIS<br><br>Defendants. | Case No. 08-C-4244<br><br>Judge: Zagel<br><br>Magistrate Judge: Brown |

### NOTICE OF MOTION

TO:   By Phone:   M-S GRAND BRIDGEVIEW, INC. 708-398-6320
                  PETER LIMPERIS 708-398-6320
                  MAKIS LIMPERIS 708-398-6320

      By e-mail:  PETER LIMPERIS pglone@aol.com

PLEASE TAKE NOTICE that on the 29th day of July, 2008 at the hour of 10:15 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Presiding U.S. District Court Judge James B. Zagel in Room 2503 at the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the accompanying Motion for Temporary Restraining Order.

             s/s Michael Stanley
             Michael T. Stanley
             ORDOWER & ORDOWER, P.C.
             One North LaSalle Street, Suite 1300
             Chicago, Illinois 60602
             (312) 263-5122

### CERTIFICATE OF SERVICE

I, MICHAEL T. STANLEY, the attorney, certify that I caused to be served the foregoing Notice of Motion together with the attached Motion for Temporary Restraining Order and Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and PACA Trust Claim, upon the persons indicated by the manner indicated, on this 25th day of July, 2008.

             s/s Michael Stanley

C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\MS-GRAND\AMCvMelroseNoticeofTROMotion.072508.wpd