UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY MARANO COMPANY,** Plaintiff, | |
| v. | **Case No.** 08-C-4244 |
| **MS-GRAND BRIDGEVIEW, INC., d/b/a MELROSE FRESH MARKET, PETER LIMPERIS, and MAKIS LIMPERIS,** Defendants. | **Judge:** Zagel <br><br> **Magistrate Judge**: Brown |

## REQUEST FOR REFUND OF FILING FEE

1. Plaintiff filed its Complaint and other initiating documents on July 25, 2008 via electronic case filing and paid the $350.00 filing fee. (Agency tracking ID: 07520000000002968354).

2. The Clerk of Court told Plaintiff to re-file the Complaint and Plaintiff inadvertently re-filed its Complaint document under "Miscellaneous Case Filings" after having already paid the $350.00 filing fee. (Agency tracking ID: 07520000000002968586).

3. Plaintiff was charged an additional $39.00 fee that should not have been billed.

4. Plaintiff requests that the $39.00 that it was incorrectly billed be refunded.

Respectfully Submitted,

    s/s Michael Stanley
Michael T. Stanley
ORDOWER & ORDOWER, P.C.
One N. LaSalle Street, No. 1300
Chicago, Illinois 60602
312-263-5122

C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\MS-GRAND\AMCvMSGRANDRequestRefund072908.wpd