**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:   08-cv-4244

Anthony Marano Company

v.

MS-Grand Bridgeview, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Intervening Plaintiff, Jack Tuchten Wholesale Produce, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Mary Jean Fassett | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Mary Jean Fassett | |
| FIRM      McCARRON & DIESS | |
| STREET ADDRESS   4900 Massachusetts Avenue, NW #310 | |
| CITY/STATE/ZIP   Washington, DC 20016 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 9078552 | TELEPHONE NUMBER  202-364-0400 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL