UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY MARANO COMPANY                    :
                                          :
              Plaintiff                   :
                                          :
      v.                                  :     Case No. 08CV4244
                                          :     Judge Zagel
MS-GRAND BRIDGEVIEW, INC.,                :     Magistrate Judge Brown
an Illinois corporation, d/b/a            :
MELROSE FRESH MARKET,                     :
PETER LIMPERIS, and MAKIS LIMPERIS        :
                                          :
              Defendants                  :
_____:
                                          :
JACK TUCHTEN WHOLESALE PRODUCE, INC.      :
                                          :
              Intervening Plaintiff       :
      v.                                  :
                                          :
MS-GRAND BRIDGEVIEW, INC.,                :
an Illinois corporation, d/b/a            :
MELROSE FRESH MARKET,                     :
PETER LIMPERIS, and MAKIS LIMPERIS        :
                                          :
              Defendants.                 :
                                          :

**MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF**

COMES NOW Jack Tuchten Wholesale Produce, Inc. (hereafter referred to as "movant"), by and through undersigned counsel, and files this Motion For Leave to Intervene as Plaintiff in the above captioned action, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1.    Movant is a supplier of wholesale quantities of fresh fruits and vegetables to the defendants under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. 499(e)(c), in the sum of $28,414.50.

2.      Movant requests leave to intervene in this action by filing a complaint against the defendants, MS-Grand Bridgeview, Inc., d/b/a Melrose Fresh Market, Peter Limperis and Makis Limperis.

3.      Movant is entitled to intervene in this action as a matter of right pursuant to Rule 24(a), for the following reasons: (a) it is a beneficiary of the statutory trust which is the subject of this action; and (b) it is so situated that the disposition of the action without its presence as an intervening plaintiff may, as a practical matter, impair or impede its ability to protect its interest.

4.      In addition, movant may be permitted to intervene in this action pursuant to Rule 24(b) because it has claims against the defendants which involve the same questions of law and fact as those involved in the action brought by the original plaintiff.

5.      Intervention by movant as intervening plaintiff will not unduly delay or prejudice the adjudication of the rights of the original party.

6.      Plaintiff in the underlying action does not object to the intervention of movant.

7.      The claims of movant are set out in the Complaint in Intervention attached hereto as Exhibit A.

WHEREFORE movant requests that it be granted leave to intervene in the above captioned action against the defendants, and for such other and further relief as the nature of its cause may require.

Dated: August 13, 2008.

McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett                  By:s/ William B. Kohn
   Mary Jean Fassett,   #9078552        William B. Kohn, #6196142
   4900 Massachusetts Ave., N.W.        150 N. Wacker Drive
   Suite 310                            Suite 1400
   Washington, DC 20016                 Chicago, Illinois 60606
   (202) 364-0400                       (312) 553-1200
   (202) 364-2731-fax                   (312) 553-1733-fax
   mjf@mccarronlaw.com                  kohn@wbkohnlaw.com

                              Attorneys for Intervening Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the Motion for Leave to Intervene, Memorandum in Support, proposed Complaint in Intervention, and proposed Order, were served on all counsel of record via the Court's CM/ECF system and by sending a copy of the forgoing via U.S. Mail, postage prepaid, on this 13th day of August, 2008, to the following:

MS-Grand Bridgeview, Inc.
d/b/a Melrose Fresh Market
Serve: Alfred S. Lee, Registered Agent
380 S. Schmale Road, Ste. 102
Carol Stream, IL 60188

Peter Limperis
10280 S. Harlem Avenue
Bridgeview, Illinois 60455

Makis Limperis
10280 S. Harlem Avenue
Bridgeview, Illinois 60455

s/ Mary Jean Fassett
Mary Jean Fassett

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY MARANO COMPANY                          :
                                                :
                    Plaintiff                   :
                                                :
            v.                                  :    Case No. 08CV4244
                                                :    Judge Zagel
MS-GRAND BRIDGEVIEW, INC.,                       :    Magistrate Judge Brown
an Illinois corporation, d/b/a                  :
MELROSE FRESH MARKET,                           :
PETER LIMPERIS, and MAKIS LIMPERIS              :
                                                :
                    Defendants                  :
_____ :
                                                :
JACK TUCHTEN WHOLESALE PRODUCE, INC.             :
2404 S. WOLCOTT, Suite 31                        :
Chicago, Illinois 60608                          :
(312) 226-4536                                   :
                                                :
                Intervening Plaintiff           :
                                                :
            v.                                  :
                                                :
MS-GRAND BRIDGEVIEW, INC.,                       :
an Illinois corporation, d/b/a                  :
MELROSE FRESH MARKET,                           :
10280 S. Harlem Avenue                           :
Bridgeview, Illinois 60455                       :
(708) 398-6330                                   :
                                                :
            and                                 :
                                                :
PETER LIMPERIS                                   :
10280 S. Harlem Avenue                           :
Bridgeview, Illinois 60455                       :
(708) 398-6330                                   :
                                                :
            and                                 :
                                                :
MAKIS LIMPERIS                                   :
10280 S. Harlem Avenue                           :
Bridgeview, Illinois 60455                       :
(708) 398-6330                                   :
                                                :
                Defendants                      :

EXHIBIT A

- 1 -

**COMPLAINT IN INTERVENTION**
**(To Enforce Payment From Produce Trust)**

Jack Tuchten Wholesale Produce, Inc. ("intervening plaintiff"), for its complaint in intervention against defendants, alleges:

JURISDICTION AND VENUE

1.    Jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act (hereafter "the PACA"), 7 U.S.C. §499e(c)(5), 28 U.S.C. §1331 and 28 U.S.C. §1332.

2.    Venue in this District is based on 28 U.S.C. §1391 in that (a) intervening plaintiff's claims arose in this District and (b) defendants' principal place of business is in this District.

PARTIES

3.    Intervening plaintiff, Jack Tuchten Wholesale Produce, Inc., an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4.    a.    Defendant, MS-Grand Bridgeview, Inc., d/b/a Melrose Fresh Market ("MS-Grand"), an Illinois corporation with its principal place of business in Bridgeview, Illinois, is engaged in the business of buying and selling wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to the provisions of the PACA.

EXHIBIT A

- 2 -

b.    Defendant, Peter Limperis and Makis Limperis, were the officers and directors of MS-Grand who controlled the day to day operations of MS-Grand and were in positions of control over the PACA trust assets belonging to intervening plaintiff.

## GENERAL ALLEGATIONS

5.    This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5(c) of the PACA, 7 U.S.C. §499e(c).

6.    Between June 1, 2008 and June 28, 2008 intervening plaintiff sold to MS-Grand, in interstate commerce, wholesale amounts of produce worth $28,414.50.

7.    Defendants accepted the produce from intervening plaintiff.

8.    At the time of receipt of the produce, intervening plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers.  The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

9.    Intervening plaintiff preserved its interests in the PACA trust in the amount of $28,414.50 by sending invoices to defendants which contained the language required by 7 U.S.C. §499e(c)(4) and remains a beneficiary until full payment is made for the produce. See Statement of Account and copies of Invoices, attached hereto as Exhibit 1.

10.    Defendants have not disputed the debt in any way but have failed to make payment to intervening plaintiff in accordance with the trust provisions of PACA.

11.    Defendants' failure and refusal to pay intervening plaintiff demonstrates that defendants are failing to maintain sufficient assets in the statutory trust to pay intervening plaintiff and are dissipating trust assets.

EXHIBIT A

<u>Count 1</u>
(Failure to Pay Trust Funds)

12.    Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 11 above as if fully set forth herein.

13.    The failure of defendants to make payment to intervening plaintiff of trust funds in amount of $28,414.50 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, intervening plaintiff requests an order enforcing payment from the trust by requiring immediate payment of $28,414.50 to intervening plaintiff, and for such other and further relief as the Court deems appropriate.

<u>Count 2</u>
(Failure to Pay For Goods Sold)

14.    Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 13 above as if fully set forth herein.

15.    Defendants failed and refused to pay intervening plaintiff the amount of $28,414.50 owed to intervening plaintiff for produce and other items received by defendants from intervening plaintiff.

WHEREFORE, intervening plaintiff requests judgment in the amount of $28,414.50 against the defendants, jointly and severally, and for such other and further relief as the Court deems appropriate.

<u>Count 3</u>
(Unlawful Dissipation of Trust Assets by
a Company Official – Peter Limperis)

16.    Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 15 above as if fully set forth herein.

EXHIBIT A

17.     Defendant, Peter Limperis, was an officer and director of MS-Grand during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiff.

18.     Defendant, Peter Limperis, failed to direct the company to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiff for the produce supplied.

19.     Defendant, Peter Limperis's failure to direct the company to maintain PACA trust assets and pay intervening plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a company official.

20.     As a result of said unlawful dissipation of trust assets, intervening plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, intervening plaintiff requests judgment against defendant, Peter Limperis, in the amount of $28,414.50, and for such other and further relief as the Court deems appropriate.

<u>Count 4</u>
(Unlawful Dissipation of Trust Assets by
a Company Official –Makis Limperis)

21.     Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 20 above as if fully set forth herein.

22.     Defendant, Makis Limperis, was an officer and director of MS-Grand during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiff.

23.     Defendant, Makis Limperis, failed to direct the company to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiff for the produce supplied.

EXHIBIT A

24.     Defendant, Makis Limperis's failure to direct the company to maintain PACA trust assets and pay intervening plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a company official.

25.     As a result of said unlawful dissipation of trust assets, intervening plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, intervening plaintiff requests judgment against defendant, Makis Limperis, in the amount of $28,414.50, and for such other and further relief as the Court deems appropriate.

Count 5
(Interest and Attorneys Fees)

26.     Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 25 above as if fully set forth herein.

27.     As a result of defendants' failure to make full payment promptly for the produce sold and delivered to MS-Grand, intervening plaintiff has lost the use of said money.

28.     As a further result of defendants' failure to make full payment promptly for the produce sold and delivered to MS-Grand, intervening plaintiff has been required to pay attorney's fees and costs in order to bring this action to require defendants to comply with their statutory duties.

29.     PACA and the invoices of intervening plaintiff entitle intervening plaintiff to recover prejudgment interest and attorney's fees incurred to collect any balance due from defendants.

EXHIBIT A

WHEREFORE, intervening plaintiff requests judgment against each of the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees, and for such other and further relief as the Court deems appropriate.

Dated: August 13, 2008.

McCARRON & DIESS                           LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett                    By:s/ William B. Kohn
   Mary Jean Fassett, #9078552               William B. Kohn, #6196142
   4900 Massachusetts Ave., N.W.             150 N. Wacker Drive
   Suite 310                                 Suite 1400
   Washington, DC 20016                      Chicago, Illinois 60606
   (202) 364-0400                            (312) 553-1200
   (202) 364-2731-fax                        (312) 553-1733-fax
   mjf@mccarronlaw.com                       kohn@wbkohnlaw.com

                                             Attorneys for Intervening Plaintiff

EXHIBIT A

Page: 1
Date: 08/04/08 at 2:40 PM

## JACK TUCHTEN WHOLESALE PRODUCE, INC
### Age Analysis - Outstanding
### for Customer = MSG
### Aged as of 08/04/08

| Invoice# | Order# | Ordr Dte | Slsm | Invc Dte | Invoice Amt | Paid Amt | Adjust Amt | Balance | Paid Dte | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| **MSG** | **MS-GRAND BRIDGEVIEW INC.** | | | | | 708/398-6320 | BRIDGEVIEW  IL | | Cr Limit:  1000 | |
| 131114 | 131114 | 06/01/08 | TS | 06/01/08 | 1576.00 | | | 1576.00 | | 64 ### |
| 131115 | 131115 | 06/01/08 | TS | 06/01/08 | 132.00 | | | 132.00 | | 64 ### |
| 131312 | 131312 | 06/02/08 | ZI | 06/02/08 | 436.00 | | | 436.00 | | 63 ### |
| 131684 | 131684 | 06/03/08 | ZI | 06/03/08 | 1815.00 | | | 1815.00 | | 62 ### |
| 132286 | 132286 | 06/04/08 | P | 06/05/08 | 990.00 | | | 990.00 | | 60 ### |
| 132491 | 132491 | 06/05/08 | ZI | 06/05/08 | 75.00 | | | 75.00 | | 60 ### |
| 133024 | 133024 | 06/06/08 | ZI | 06/06/08 | 2022.50 | | | 2022.50 | | 59 ### |
| 133331 | 133331 | 06/07/08 | ZI | 06/07/08 | 783.00 | | | 783.00 | | 58 ### |
| 133389 | 133389 | 06/07/08 | ZI | 06/07/08 | 870.00 | | | 870.00 | | 58 ### |
| 134183 | 134183 | 06/10/08 | MC | 06/10/08 | 722.50 | | | 722.50 | | 55 ### |
| 134199 | 134199 | 06/10/08 | MC | 06/10/08 | 640.00 | | | 640.00 | | 55 ### |
| 134215 | 134215 | 06/10/08 | ZI | 06/10/08 | 2172.00 | | | 2172.00 | | 55 ### |
| 135882 | 135882 | 06/14/08 | ZI | 06/14/08 | 2558.50 | | | 2558.50 | | 51 ### |
| 136131 | 136131 | 06/15/08 | TS | 06/15/08 | 1615.00 | | | 1615.00 | | 50 ### |
| 136140 | 136140 | 06/15/08 | TS | 06/15/08 | 1715.00 | | | 1715.00 | | 50 ### |
| 136417 | 136417 | 06/16/08 | ZI | 06/16/08 | 947.50 | | | 947.50 | | 49 ### |
| 136931 | 136931 | 06/17/08 | ZI | 06/17/08 | 434.00 | | | 434.00 | | 48 ### |
| 136988 | 136988 | 06/17/08 | ZI | 06/17/08 | 1848.00 | | | 1848.00 | | 48 ### |
| 138629 | 138629 | 06/21/08 | ZI | 06/21/08 | 1472.50 | | | 1472.50 | | 44 ## |
| 138844 | 138844 | 06/22/08 | GH | 06/22/08 | 690.00 | | | 690.00 | | 43 ## |
| 139031 | 139031 | 06/23/08 | ZI | 06/23/08 | 1210.50 | | | 1210.50 | | 42 ## |
| 139035 | 139035 | 06/23/08 | ZI | 06/23/08 | 120.00 | | | 120.00 | | 42 ## |
| 139433 | 139433 | 06/24/08 | ZI | 06/24/08 | 1909.50 | | | 1909.50 | | 41 ## |
| 140155 | 140155 | 06/26/08 | GH | 06/26/08 | 1330.00 | | | 1330.00 | | 39 ## |
| 141049 | 141049 | 06/28/08 | ZI | 06/28/08 | 330.00 | | | 330.00 | | 37 ## |
| | **MS-GRAND BRIDGEVIEW INC.** | | **Totals:** | | 28414.50 | | | 28414.50 | | |

| | | | |
|---|---|---|---|
| Totals: | 0.00 | 0.0 % | 0 - 15 |
| | 0.00 | 0.0 % | 16 - 30  # |
| | 7062.50 | 24.9 % | 31 - 45  ## |
| | 21352.00 | 75.1 % | 46 - Ovr ### |
| Aged Total: | 28414.50 | | |
| Total Credits: | 0.00 | | |
| Grand Total: | 28414.50 | | |



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: TS**

**Date: 06/01/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536   •   FAX: 312/226-7796

**Invoice: 131114**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 216 | | STRAWBERRY, CLAMSHELL CA CAL-FRUIT | 6.00 | 1296.00 |
| 56 | | ROMAINE HEARTS, 12/3 ADAM BROS | 5.00 | 280.00 |

**Page    1 of  1**

**Total         1576.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.





# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: TS**

**Date: 06/01/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 131115**

---

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 8 | | APRICOT TRAY PACK, 64 Z&S | 12.00 | 96.00 |
| 3 | | APRICOT TRAY PACK, 72 Z&S | 12.00 | 36.00 |

| | | | |
|--|--|--|--|
| Page    1 of 1 | | **Total** | **132.00** |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/02/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 131312**

## MS-GRAND BRIDGEVIEW   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 7 | | D' ANJOU, RED 70 DOVEX | 15.00 | 105.00 |
| 7 | | D'ANJOU, 70 DOVEX | 28.00 | 196.00 |
| 10 | | KIWI, VOLUME FILL  39 DEL MONTE | 13.50 | 135.00 |



| Page | 1 of 1 | | Total | 436.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/03/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 131684**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 85 | | RED, GRAPE FLAME DEL-MONTE | 15.00 | 1275.00 |
| 10 | | D'ANJOU, 70 DOVEX | 28.00 | 280.00 |
| 20 | | CUCUMBER SEEDLESS, 12 | 13.00 | 260.00 |

Page    1 of  1

Total         1815.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

Salesmn: P

Date: 06/05/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 132286**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 6 | | CANTALOUPE, LARGE (BIN) | 165.00 | 990.00 |

Page    1 of 1                                   Total        990.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.





**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/05/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Invoice: 132491

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|-----|-------------|-------|--------|
| 5 | | D' ANJOU, RED 70 | 15.00 | 75.00 |
| | | DOVEX | | |

Page    1 of 1

Total    75.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/06/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

**Invoice: 133024**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 20 | | BEAN, GREEN | 17.50 | 350.00 |
| 35 | | ROMAINE, 24 FOXY | 13.50 | 472.50 |
| 80 | | NECTARINE, VOLUME FILL 64 TOP SHELF | 15.00 | 1200.00 |



| Page | 1 of 1 | | Total | 2022.50 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/07/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

**Invoice: 133331**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET   10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 42 | | CANTALOUPE, 9 SIZE JUMBO BIG A | 11.50 | 483.00 |
| 20 | | HONEYDEW, 6 SIZE DEL-MONTE | 7.50 | 150.00 |
| 10 | | D' ANJOU, RED 70 DOVEX | 15.00 | 150.00 |

| Page | 1 of 1 | | Total | 783.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/07/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 133389**

**MS-GRAND-BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 60 | | EGGPLANT, FANCY | 14.50 | 870.00 |

| Page | 1 of 1 | | Total | 870.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.





# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: MC**

**Date: 06/10/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

**Invoice: 134183**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 85 | | BASKET FLOWERS, REGULAR | 8.50 | 722.50 |

**Page    1 of 1**

**Total**    **722.50**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.

# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: MC

Date: 06/10/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 FAX: 312/226-7796

**Invoice:134199**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-----------|-------|--------|
| 40 | | FLATS, ITALIAN BASIL (15/FLAT) | 16.00 | 640.00 |

Page    1 of 1

Total          640.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.




## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/10/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536              FAX: 312/226-7796

**Invoice: 134215**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 96 | | GREEN, GRAPE PERLETTE OPPENHEIMR | 12.00 | 1152.00 |
| 85 | | RED, GRAPE FLAME DEL-MONTE | 12.00 | 1020.00 |

| Page | 1 of 1 | | Total | 2172.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/14/08

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536              FAX: 312/226-7796

**Invoice:135882**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 10 | | D'ANJOU, 70 DOVEX | 28.00 | 280.00 |
| 85 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 1020.00 |
| 96 | | GREEN, GRAPE PERLETTE OPPENHEIME | 11.00 | 1056.00 |
| 15 | | ROMAINE, 24 FOXY | 13.50 | 202.50 |



| Page | 1 of 1 | Total | 2558.50 |
|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.

# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
#### Chicago International Produce Market

Salesmn: TS

Date: 06/15/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

Invoice: 136131

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 34 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 408.00 |
| 51 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 612.00 |
| 64 | | STRAWBERRY, CLAMSHELL CA SEA BREEZE | 7.50 | 480.00 |
| 10 | | CANTALOUPE, 9 SIZE NIKI | 11.50 | 115.00 |

Page    1 of 1                          Total        1615.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: TS**

**Date: 06/15/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608  **Invoice: 136140**
PHONE: 312/226-4536  •  FAX: 312/226-7796

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 216 | | STRAWBERRY, CLAMSHELL CA RED BLOSSO | 5.00 | 1080.00 |
| 20 | | LETTUCE CELLO, 24 KINGSIZE | 19.00 | 380.00 |
| 15 | | GRAPEFRUIT, STAR RUBY 36 RIVERSIDE | 17.00 | 255.00 |

**Page    1 of  1**                     **Total       1715.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.

# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/16/08**

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice:136417-A**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 5 | | ROMAINE, 24 FOXY | 13.50 | 67.50 |
| 15 | | LIME 230 CHELY | 8.00 | 120.00 |
| 15 | | GRAPEFRUIT, WHITE, 36 RIVERSIDE | 17.00 | 255.00 |
| 10 | | ASPARAGUS, 28# STANDARD DOLE | 41.00 | 410.00 |
| 4 | | CANTALOUPE, TUSCAN DULCINEA | 7.50 | 30.00 |
| 10 | | WATERMELON, BABY DULCINEA | 6.50 | 65.00 |

| Page | 1 of 1 | Total | 947.50 |
|------|--------|-------|--------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/17/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

**Invoice:** 136931

**MS-GRAND BRIDGEVIEW**      DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 70 | | HONEYDEW, 6 SIZE BURNAND | 6.00 | 420.00 |
| 1 | | MUSHROOM, BABY BELLA | 14.00 | 14.00 |

| Page | 1 of 1 | | Total | 434.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/17/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 136988**

## MS-GRAND BRIDGEVIEW    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 88 | | CHERRY, BING 11.5 ROW FARMINGTON | 21.00 | 1848.00 |

| Page | 1 of 1 | | Total | 1848.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
#### Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/21/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE:  312/226-4536          FAX:  312/226-7796

**Invoice:138629**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 10 | | LIME 230 CHELY | 8.00 | 80.00 |
| 13 | | GALA, 110 | 37.50 | 487.50 |
| 50 | | RED, GRAPE FLAME DEL-MONTE | 11.50 | 575.00 |
| 10 | | CELERY, SLEEVED 24 BLACK BOX | 18.00 | 180.00 |
| 10 | | EGGPLANT, FANCY WISNATZKI | 15.00 | 150.00 |

**Page      1 of  1**

**Total         1472.50**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn:** GH

**Date:** 06/22/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice:** 138844

**MS-GRAND-BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 20 | | LEMON, 235CT PREMIER | 21.00 | 420.00 |
| 20 | | BLACK, PLUM 70 Z&S | 13.50 | 270.00 |

**Page    1 of 1**

**Total      690.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

Salesmn: ZI

Date: 06/23/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 139031**

## MS-GRAND BRIDGEVIEW      DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 25 | | PLUOT 50 CALIFORNIA | 19.00 | 475.00 |
| 5 | | LEMON, 95 PREMIER | 40.00 | 200.00 |
| 15 | | PINEAPPLE 6 CHIQUITA | 12.00 | 180.00 |
| 20 | | LIME 230 CHELY | 8.00 | 160.00 |
| 1 | | DILL, 24 BUNCH | 18.00 | 18.00 |
| 5 | | ONION GREEN, JUMBO OMO | 10.50 | 52.50 |
| 5 | | POTATO WHITE, A | 25.00 | 125.00 |

Page    1 of  1                              Total        1210.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/23/08**

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 139035**

**MS-GRAND BRIDGEVIEW**      DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 5 | | TOMATO GRAPE, 12/1 PINT DEWITT | 24.00 | 120.00 |

| Page | 1 of 1 | Total | 120.00 |
|------|--------|-------|--------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/24/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE:  312/226-4536          FAX:  312/226-7796

**Invoice: 139433**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 4 | | RED LEAF<br>TOPLESS | 12.50 | 50.00 |
| 1 | | ESCAROLE<br>WESTERN EX | 15.00 | 15.00 |
| 2 | | ENDIVE<br>TOPLESS | 15.00 | 30.00 |
| 2 | | ANISE<br>BONIPAK | 17.50 | 35.00 |
| 5 | | CARROTS, CELLO CALIFORNIA | 17.50 | 87.50 |
| 10 | | CAULIFLOWER, 9<br>FOXY | 13.00 | 130.00 |
| 20 | | ZUCCHINI, FANCY<br>PACIFIC CO | 12.00 | 240.00 |
| 15 | | EGGPLANT, FANCY<br>DEWITT | 15.00 | 225.00 |
| 20 | | LEMON, 235CT<br>PREMIER | 21.00 | 420.00 |
| 5 | | PACKHAM, 70 | 29.00 | 145.00 |
| 56 | | CANTALOUPE, 12 SIZE<br>AMARAL | 9.50 | 532.00 |

| Page | 1 of 1 | | Total | 1909.50 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

**Invoice: 140155**

Salesmn: GH

Date: 06/26/08

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 15 | | LETTUCE CELLO, 24 GREENGIANT | 14.00 | 210.00 |
| 10 | | ORANGE FL, VALENCIA 125 RIVER PRID | 16.00 | 160.00 |
| 80 | | PEACH, VOLUME FILL 72 Z&S | 12.00 | 960.00 |

| | | |
|---|---|---|
| Page    1 of 1 | Total | 1330.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/28/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

**Invoice:141049-A**

**MS-GRAND BRIDGEVIEW**      DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | CELERY, SLEEVED 30 DOLE | 22.00 | 110.00 |
| 20 | | PINEAPPLE 8 CHIQUITA | 11.00 | 220.00 |

**Page     1 of 1**

**Total      330.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MARANO COMPANY | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :    Case No. 08CV4244 |
| | :    Judge Zagel |
| MS-GRAND BRIDGEVIEW, INC., | :    Magistrate Judge Brown |
| an Illinois corporation, d/b/a | : |
| MELROSE FRESH MARKET, | : |
| PETER LIMPERIS, and MAKIS LIMPERIS | : |
| | : |
| Defendants | : |
| _____ | : |
| | : |
| JACK TUCHTEN WHOLESALE PRODUCE, INC. | : |
| | : |
| Intervening Plaintiff | : |
| v. | : |
| | : |
| MS-GRAND BRIDGEVIEW, INC., | : |
| an Illinois corporation, d/b/a | : |
| MELROSE FRESH MARKET, | : |
| PETER LIMPERIS, and MAKIS LIMPERIS | : |
| | : |
| Defendants. | : |
| | : |

**ORDER**

**UPON CONSIDERATION** of the Motion for Leave to Intervene as Plaintiff filed by

Jack Tuchten Wholesale Produce, Inc. and the proposed Complaint In Intervention, and

any opposition thereto, it is by the Court, this _____ day of _____, 2008,

**ORDERED,** that the Motion for Leave to Intervene as Plaintiff be, and is hereby,

granted; and it is further,

**ORDERED**, that Jack Tuchten Wholesale Produce, Inc. is granted leave to file its

Complaint in Intervention in this action.

_____
Judge, United States District Court