**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                      Case Number:   08-cv-4244

Anthony Marano Company

v.

MS-Grand Bridgeview, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Intervening Plaintiff, Jack Tuchten Wholesale Produce, Inc.

| |
|---|
| NAME (Type or print) <br> William B. Kohn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/William B. Kohn |
| FIRM    Law Offices of William B. Kohn |
| STREET ADDRESS   150 N. Wacker Drive, Ste. 1400 |
| CITY/STATE/ZIP   Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6196142 | TELEPHONE NUMBER  312-553-1200 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                                APPOINTED COUNSEL |