# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4244 | **DATE** | 8/14/2008 |
| **CASE TITLE** | ANTHONY MARANO CO. Vs. M-S GRAND BRIDGEVIEW, ET AL | | |

**DOCKET ENTRY TEXT**

Enter temporary restraining order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|