# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4244 | **DATE** | 8/14/2008 |
| **CASE TITLE** | MARANO CO. V. M-S GRAND, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion for leave to intervene as plaintiff [14] is granted. Jack Tuchten Wholesale Produce, Inc. is granted leave to file its complaint in intervention in this action.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DW |
|---|---|---|