
**FILED**

**AUGUST 14, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY MARANO COMPANY          :
                                :
        Plaintiff               :
                                :
                                :
        v.                      :        Case No. 08CV4244
                                :        Judge Zagel
MS-GRAND BRIDGEVIEW, INC.,      :        Magistrate Judge Brown
an Illinois corporation, d/b/a  :
MELROSE FRESH MARKET,           :
PETER LIMPERIS, and MAKIS LIMPERIS :
                                :
        Defendants              :
_____ :
                                :
JACK TUCHTEN WHOLESALE PRODUCE, INC. :
2404 S. WOLCOTT, Suite 31       :
Chicago, Illinois 60608         :
(312) 226-4536                  :
                                :
                                :
        Intervening Plaintiff   :
                                :
                                :
        v.                      :
                                :
MS-GRAND BRIDGEVIEW, INC.,      :
an Illinois corporation, d/b/a  :
MELROSE FRESH MARKET,           :
10280 S. Harlem Avenue          :
Bridgeview, Illinois 60455      :
(708) 398-6330                  :
                                :
        and                     :
                                :
PETER LIMPERIS                  :
10280 S. Harlem Avenue          :
Bridgeview, Illinois 60455      :
(708) 398-6330                  :
                                :
        and                     :
                                :
MAKIS LIMPERIS                  :
10280 S. Harlem Avenue          :
Bridgeview, Illinois 60455      :
(708) 398-6330                  :
                                :
        Defendants              :

EXHIBIT A

**COMPLAINT IN INTERVENTION**
**(To Enforce Payment From Produce Trust)**

Jack Tuchten Wholesale Produce, Inc. ("intervening plaintiff"), for its complaint in intervention against defendants, alleges:

<u>JURISDICTION AND VENUE</u>

1.      Jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act (hereafter "the PACA"), 7 U.S.C. §499e(c)(5), 28 U.S.C. §1331 and 28 U.S.C. §1332.

2.      Venue in this District is based on 28 U.S.C. §1391 in that (a) intervening plaintiff's claims arose in this District and (b) defendants' principal place of business is in this District.

<u>PARTIES</u>

3.      Intervening plaintiff, Jack Tuchten Wholesale Produce, Inc., an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4.      a.      Defendant, MS-Grand Bridgeview, Inc., d/b/a Melrose Fresh Market ("MS-Grand"), an Illinois corporation with its principal place of business in Bridgeview, Illinois, is engaged in the business of buying and selling wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to the provisions of the PACA.

EXHIBIT A

- 2 -

b.      Defendant, Peter Limperis and Makis Limperis, were the officers and directors of MS-Grand who controlled the day to day operations of MS-Grand and were in positions of control over the PACA trust assets belonging to intervening plaintiff.

<u>GENERAL ALLEGATIONS</u>

5.      This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5(c) of the PACA, 7 U.S.C. §499e(c).

6.      Between June 1, 2008 and June 28, 2008 intervening plaintiff sold to MS-Grand, in interstate commerce, wholesale amounts of produce worth $28,414.50.

7.      Defendants accepted the produce from intervening plaintiff.

8.      At the time of receipt of the produce, intervening plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers.  The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

9.      Intervening plaintiff preserved its interests in the PACA trust in the amount of $28,414.50 by sending invoices to defendants which contained the language required by 7 U.S.C. §499e(c)(4) and remains a beneficiary until full payment is made for the produce. <u>See</u> Statement of Account and copies of Invoices, attached hereto as Exhibit 1.

10.     Defendants have not disputed the debt in any way but have failed to make payment to intervening plaintiff in accordance with the trust provisions of PACA.

11.     Defendants' failure and refusal to pay intervening plaintiff demonstrates that defendants are failing to maintain sufficient assets in the statutory trust to pay intervening plaintiff and are dissipating trust assets.

EXHIBIT A

- 3 -

<u>Count 1</u>
(Failure to Pay Trust Funds)

12.     Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 11 above as if fully set forth herein.

13.     The failure of defendants to make payment to intervening plaintiff of trust funds in amount of $28,414.50 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, intervening plaintiff requests an order enforcing payment from the trust by requiring immediate payment of $28,414.50 to intervening plaintiff, and for such other and further relief as the Court deems appropriate.

<u>Count 2</u>
(Failure to Pay For Goods Sold)

14.     Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 13 above as if fully set forth herein.

15.     Defendants failed and refused to pay intervening plaintiff the amount of $28,414.50 owed to intervening plaintiff for produce and other items received by defendants from intervening plaintiff.

WHEREFORE, intervening plaintiff requests judgment in the amount of $28,414.50 against the defendants, jointly and severally, and for such other and further relief as the Court deems appropriate.

<u>Count 3</u>
(Unlawful Dissipation of Trust Assets by
a Company Official – Peter Limperis)

16.     Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 15 above as if fully set forth herein.

EXHIBIT A

17.    Defendant, Peter Limperis, was an officer and director of MS-Grand during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiff.

18.    Defendant, Peter Limperis, failed to direct the company to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiff for the produce supplied.

19.    Defendant, Peter Limperis's failure to direct the company to maintain PACA trust assets and pay intervening plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a company official.

20.    As a result of said unlawful dissipation of trust assets, intervening plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, intervening plaintiff requests judgment against defendant, Peter Limperis, in the amount of $28,414.50, and for such other and further relief as the Court deems appropriate.

Count 4
(Unlawful Dissipation of Trust Assets by
a Company Official –Makis Limperis)

21.    Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 20 above as if fully set forth herein.

22.    Defendant, Makis Limperis, was an officer and director of MS-Grand during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiff.

23.    Defendant, Makis Limperis, failed to direct the company to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiff for the produce supplied.

EXHIBIT A

- 5 -

24.     Defendant, Makis Limperis's failure to direct the company to maintain PACA trust assets and pay intervening plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a company official.

25.     As a result of said unlawful dissipation of trust assets, intervening plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, intervening plaintiff requests judgment against defendant, Makis Limperis, in the amount of $28,414.50, and for such other and further relief as the Court deems appropriate.

<u>Count 5</u>
(Interest and Attorneys Fees)

26.     Intervening plaintiff incorporates each and every allegation set forth in paragraphs 1 to 25 above as if fully set forth herein.

27.     As a result of defendants' failure to make full payment promptly for the produce sold and delivered to MS-Grand, intervening plaintiff has lost the use of said money.

28.     As a further result of defendants' failure to make full payment promptly for the produce sold and delivered to MS-Grand, intervening plaintiff has been required to pay attorney's fees and costs in order to bring this action to require defendants to comply with their statutory duties.

29.     PACA and the invoices of intervening plaintiff entitle intervening plaintiff to recover prejudgment interest and attorney's fees incurred to collect any balance due from defendants.

EXHIBIT A

- 6 -

WHEREFORE, intervening plaintiff requests judgment against each of the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees, and for such other and further relief as the Court deems appropriate.

Dated: August 13, 2008.

McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett                  By:s/ William B. Kohn
   Mary Jean Fassett, #9078552             William B. Kohn, #6196142
   4900 Massachusetts Ave., N.W.           150 N. Wacker Drive
   Suite 310                               Suite 1400
   Washington, DC 20016                    Chicago, Illinois 60606
   (202) 364-0400                          (312) 553-1200
   (202) 364-2731-fax                      (312) 553-1733-fax
   mjf@mccarronlaw.com                     kohn@wbkohnlaw.com

                                        Attorneys for Intervening Plaintiff

EXHIBIT A

Page: 1
Date:  08/04/08 at 2:40 PM

JACK TUCHTEN WHOLESALE PRODUCE, INC
Age Analysis - Outstanding
for Customer = MSG
Aged as of 08/04/08

| Invoice# | Order# | Ordr Dte | Slsm | Invc Dte | Invoice Amt | Paid Amt | Adjust Amt | Balance | Paid Dte | Days |
|----------|--------|----------|------|----------|-------------|----------|------------|---------|----------|------|
| **MSG** | **MS-GRAND BRIDGEVIEW INC.** | | | | | 708/398-6320 | BRIDGEVIEW IL | | Cr Limit: | 1000 |
| 131114 | 131114 | 06/01/08 | TS | 06/01/08 | 1576.00 | | | 1576.00 | | 64 ### |
| 131115 | 131115 | 06/01/08 | TS | 06/01/08 | 132.00 | | | 132.00 | | 64 ### |
| 131312 | 131312 | 06/02/08 | ZI | 06/02/08 | 436.00 | | | 436.00 | | 63 ### |
| 131684 | 131684 | 06/03/08 | ZI | 06/03/08 | 1815.00 | | | 1815.00 | | 62 ### |
| 132286 | 132286 | 06/04/08 | P | 06/05/08 | 990.00 | | | 990.00 | | 60 ### |
| 132491 | 132491 | 06/05/08 | ZI | 06/05/08 | 75.00 | | | 75.00 | | 60 ### |
| 133024 | 133024 | 06/06/08 | ZI | 06/06/08 | 2022.50 | | | 2022.50 | | 59 ### |
| 133331 | 133331 | 06/07/08 | ZI | 06/07/08 | 783.00 | | | 783.00 | | 58 ### |
| 133389 | 133389 | 06/07/08 | ZI | 06/07/08 | 870.00 | | | 870.00 | | 58 ### |
| 134183 | 134183 | 06/10/08 | MC | 06/10/08 | 722.50 | | | 722.50 | | 55 ### |
| 134199 | 134199 | 06/10/08 | MC | 06/10/08 | 640.00 | | | 640.00 | | 55 ### |
| 134215 | 134215 | 06/10/08 | ZI | 06/10/08 | 2172.00 | | | 2172.00 | | 55 ### |
| 135882 | 135882 | 06/14/08 | ZI | 06/14/08 | 2558.50 | | | 2558.50 | | 51 ### |
| 136131 | 136131 | 06/15/08 | TS | 06/15/08 | 1615.00 | | | 1615.00 | | 50 ### |
| 136140 | 136140 | 06/15/08 | TS | 06/15/08 | 1715.00 | | | 1715.00 | | 50 ### |
| 136417 | 136417 | 06/16/08 | ZI | 06/16/08 | 947.50 | | | 947.50 | | 49 ### |
| 136931 | 136931 | 06/17/08 | ZI | 06/17/08 | 434.00 | | | 434.00 | | 48 ### |
| 136988 | 136988 | 06/17/08 | ZI | 06/17/08 | 1848.00 | | | 1848.00 | | 48 ### |
| 138629 | 138629 | 06/21/08 | ZI | 06/21/08 | 1472.50 | | | 1472.50 | | 44 ## |
| 138844 | 138844 | 06/22/08 | GH | 06/22/08 | 690.00 | | | 690.00 | | 43 ## |
| 139031 | 139031 | 06/23/08 | ZI | 06/23/08 | 1210.50 | | | 1210.50 | | 42 ## |
| 139035 | 139035 | 06/23/08 | ZI | 06/23/08 | 120.00 | | | 120.00 | | 42 ## |
| 139433 | 139433 | 06/24/08 | ZI | 06/24/08 | 1909.50 | | | 1909.50 | | 41 ## |
| 140155 | 140155 | 06/26/08 | GH | 06/26/08 | 1330.00 | | | 1330.00 | | 39 ## |
| 141049 | 141049 | 06/28/08 | ZI | 06/28/08 | 330.00 | | | 330.00 | | 37 ## |

| MS-GRAND BRIDGEVIEW INC. | Totals: | 28414.50 | 28414.50 |
|---|---|---|---|

|  | Totals: | 0.00 | 0.0 % | 0 - 15 |
|---|---|------|-------|--------|
|  |  | 0.00 | 0.0 % | 16 - 30 # |
|  |  | 7062.50 | 24.9 % | 31 - 45 ## |
|  |  | 21352.00 | 75.1 % | 46 - Ovr ### |

| | | |
|---|---|---|
| Aged Total: | 28414.50 |
| Total Credits: | 0.00 |
| Grand Total: | 28414.50 |



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: TS**

**Date: 06/01/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

**Invoice: 131114**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 216 | | STRAWBERRY, CLAMSHELL CA CAL-FRUIT | 6.00 | 1296.00 |
| 56 | | ROMAINE HEARTS, 12/3 ADAM BROS | 5.00 | 280.00 |

| Page | 1 of 1 | | Total | 1576.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.

Chicago International Produce Market

**Salesmn: TS**

**Date: 06/01/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 131115**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 8 | | APRICOT TRAY PACK, 64 Z&S | 12.00 | 96.00 |
| 3 | | APRICOT TRAY PACK, 72 Z&S | 12.00 | 36.00 |

Page    1 of 1

**Total**          **132.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/02/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

Invoice: 131312

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 7 | | D' ANJOU, RED 70 DOVEX | 15.00 | 105.00 |
| 7 | | D'ANJOU, 70 DOVEX | 28.00 | 196.00 |
| 10 | | KIWI, VOLUME FILL  39 DEL MONTE | 13.50 | 135.00 |



| Page | 1 of 1 | | Total | 436.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/03/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 131684**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|-----|-------------|-------|--------|
| 85 | | RED, GRAPE FLAME | 15.00 | 1275.00 |
| | | DEL-MONTE | | |
| 10 | | D'ANJOU, 70 | 28.00 | 280.00 |
| | | DOVEX | | |
| 20 | | CUCUMBER SEEDLESS, 12 | 13.00 | 260.00 |

Page    1 of  1

Total          1815.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

Salesmn: P

Date: 06/05/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 FAX: 312/226-7796

**Invoice: 132286**

---

**MS-GRAND BRIDGEVIEW** DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|-----|-------------|-------|--------|
| 6 | | CANTALOUPE, LARGE (BIN) | 165.00 | 990.00 |

Page    1 of 1

Total    990.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: ZI

Date: 06/05/08

Invoice: 132491

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET   10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | D' ANJOU, RED 70 DOVEX | 15.00 | 75.00 |

Page    1 of 1           Total     75.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/06/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX:  312/226-7796

Invoice: 133024

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 20 | | BEAN, GREEN | 17.50 | 350.00 |
| 35 | | ROMAINE, 24 FOXY | 13.50 | 472.50 |
| 80 | | NECTARINE, VOLUME FILL 64 TOP SHELF | 15.00 | 1200.00 |



| Page | 1 of 1 | | Total | 2022.50 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/07/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 133331**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 42 | | CANTALOUPE, 9 SIZE JUMBO BIG A | 11.50 | 483.00 |
| 20 | | HONEYDEW, 6 SIZE DEL-MONTE | 7.50 | 150.00 |
| 10 | | D' ANJOU, RED 70 DOVEX | 15.00 | 150.00 |



| Page | 1 of 1 | | Total | 783.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/07/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536     FAX: 312/226-7796

Invoice: 133389

**MS-GRAND-BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 60 | | EGGPLANT, FANCY | 14.50 | 870.00 |

Page     1 of  1

Total          870.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn: MC**

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

**Date: 06/10/08**

**Invoice: 134183**

---

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 85 | | BASKET FLOWERS, REGULAR | 8.50 | 722.50 |

---

**Page    1 of  1**

**Total      722.50**

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: MC**

**Date: 06/10/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice:134199**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 40 | | FLATS, ITALIAN BASIL (15/FLAT) | 16.00 | 640.00 |

**Page      1 of 1**                                        **Total**            **640.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.




Salesmn: ZI

Date: 06/10/08

# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

Invoice: 134215

**MS-GRAND BRIDGEVIEW**      DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 96 | | GREEN, GRAPE PERLETTE OPPENHEIMR | 12.00 | 1152.00 |
| 85 | | RED, GRAPE FLAME DEL-MONTE | 12.00 | 1020.00 |

Page     1 of 1

Total          2172.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536              FAX: 312/226-7796

**Date: 06/14/08**

**Invoice:135882**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 10 | | D'ANJOU, 70 <br> DOVEX | 28.00 | 280.00 |
| 85 | | RED, GRAPE FLAME <br> LUZ ELENA | 12.00 | 1020.00 |
| 96 | | GREEN, GRAPE PERLETTE <br> OPPENHEIME | 11.00 | 1056.00 |
| 15 | | ROMAINE, 24 <br> FOXY | 13.50 | 202.50 |



Page    1 of 1                                    Total          2558.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

Salesmn: TS

Date: 06/15/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

Invoice: 136131

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 34 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 408.00 |
| 51 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 612.00 |
| 64 | | STRAWBERRY, CLAMSHELL CA SEA BREEZE | 7.50 | 480.00 |
| 10 | | CANTALOUPE, 9 SIZE NIKI | 11.50 | 115.00 |

Page    1 of 1                          Total        1615.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: TS**

**Date: 06/15/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608  **Invoice: 136140**
PHONE: 312/226-4536 • FAX: 312/226-7796

**MS-GRAND BRIDGEVIEW** DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 216 | | STRAWBERRY, CLAMSHELL CA RED BLOSSO | 5.00 | 1080.00 |
| 20 | | LETTUCE CELLO, 24 KINGSIZE | 19.00 | 380.00 |
| 15 | | GRAPEFRUIT, STAR RUBY 36 RIVERSIDE | 17.00 | 255.00 |

| Page | 1 of 1 | | Total | 1715.00 |
|------|--------|---|-------|---------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/16/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice:136417-A**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | ROMAINE, 24 <br> FOXY | 13.50 | 67.50 |
| 15 | | LIME 230 <br> CHELY | 8.00 | 120.00 |
| 15 | | GRAPEFRUIT, WHITE, 36 <br> RIVERSIDE | 17.00 | 255.00 |
| 10 | | ASPARAGUS, 28# STANDARD <br> DOLE | 41.00 | 410.00 |
| 4 | | CANTALOUPE, TUSCAN <br> DULCINEA | 7.50 | 30.00 |
| 10 | | WATERMELON, BABY <br> DULCINEA | 6.50 | 65.00 |

**Page     1 of 1**                    **Total          947.50**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/17/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE:  312/226-4536              FAX:  312/226-7796

**Invoice:** 136931

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 70 | | HONEYDEW, 6 SIZE BURNAND | 6.00 | 420.00 |
| 1 | | MUSHROOM, BABY BELLA | 14.00 | 14.00 |

| Page | 1 of 1 | | Total | 434.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.

# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/17/08

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

**Invoice: 136988**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 88 | | CHERRY, BING 11.5 ROW FARMINGTON | 21.00 | 1848.00 |

| Page | 1 of 1 | | Total | 1848.00 |
|------|--------|--|-------|---------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/21/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE:  312/226-4536          FAX:  312/226-7796

Invoice:138629

**MS-GRAND BRIDGEVIEW**      DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 10 | | LIME 230 CHELY | 8.00 | 80.00 |
| 13 | | GALA, 110 | 37.50 | 487.50 |
| 50 | | RED, GRAPE FLAME DEL-MONTE | 11.50 | 575.00 |
| 10 | | CELERY, SLEEVED 24 BLACK BOX | 18.00 | 180.00 |
| 10 | | EGGPLANT, FANCY WISNATZKI | 15.00 | 150.00 |

| Page | 1 of 1 | | Total | 1472.50 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn:** GH

**Date:** 06/22/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice:** 138844

**MS-GRAND-BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-------------|-------|--------|
| 20 | | LEMON, 235CT PREMIER | 21.00 | 420.00 |
| 20 | | BLACK, PLUM 70 Z&S | 13.50 | 270.00 |

**Page    1 of  1**                     **Total         690.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

Salesmn: ZI

Date: 06/23/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 139031**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 25 | | PLUOT 50 CALIFORNIA | 19.00 | 475.00 |
| 5 | | LEMON, 95 PREMIER | 40.00 | 200.00 |
| 15 | | PINEAPPLE 6 CHIQUITA | 12.00 | 180.00 |
| 20 | | LIME 230 CHELY | 8.00 | 160.00 |
| 1 | | DILL, 24 BUNCH | 18.00 | 18.00 |
| 5 | | ONION GREEN, JUMBO OMO | 10.50 | 52.50 |
| 5 | | POTATO WHITE, A | 25.00 | 125.00 |

| Page | 1 of 1 | | Total | 1210.50 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/23/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

**Invoice: 139035**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-----|------|------|
| 5 | | TOMATO GRAPE, 12/1 PINT DEWITT | 24.00 | 120.00 |

| Page | 1 of 1 | Total | 120.00 |
|------|--------|-------|--------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/24/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536     FAX: 312/226-7796

**Invoice: 139433**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 4 | | RED LEAF TOPLESS | 12.50 | 50.00 |
| 1 | | ESCAROLE WESTERN EX | 15.00 | 15.00 |
| 2 | | ENDIVE TOPLESS | 15.00 | 30.00 |
| 2 | | ANISE BONIPAK | 17.50 | 35.00 |
| 5 | | CARROTS, CELLO CALIFORNIA | 17.50 | 87.50 |
| 10 | | CAULIFLOWER, 9 FOXY | 13.00 | 130.00 |
| 20 | | ZUCCHINI, FANCY PACIFIC CO | 12.00 | 240.00 |
| 15 | | EGGPLANT, FANCY DEWITT | 15.00 | 225.00 |
| 20 | | LEMON, 235CT PREMIER | 21.00 | 420.00 |
| 5 | | PACKHAM, 70 | 29.00 | 145.00 |
| 56 | | CANTALOUPE, 12 SIZE AMARAL | 9.50 | 532.00 |

Page     1 of 1     Total     1909.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn: GH**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Date: 06/26/08**

**Invoice: 140155**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 15 | | LETTUCE CELLO, 24 GREENGIANT | 14.00 | 210.00 |
| 10 | | ORANGE FL, VALENCIA 125 RIVER PRID | 16.00 | 160.00 |
| 80 | | PEACH, VOLUME FILL 72 Z&S | 12.00 | 960.00 |

| Page | 1 of 1 | | Total | 1330.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536         FAX: 312/226-7796

Date: 06/28/08

**Invoice:141049-A**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | CELERY, SLEEVED 30 DOLE | 22.00 | 110.00 |
| 20 | | PINEAPPLE 8 CHIQUITA | 11.00 | 220.00 |

Page    1 of 1                                    Total        330.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.