IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY MARANO COMPANY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. 08CV4244 |
| | : | Judge Zagel |
| MS-GRAND BRIDGEVIEW, INC., | : | Magistrate Judge Brown |
| an Illinois corporation, d/b/a | : | |
| MELROSE FRESH MARKET, | : | |
| PETER LIMPERIS, and MAKIS LIMPERIS | : | |
| | : | |
| Defendants | : | |
| _____ | : | |
| | : | |
| JACK TUCHTEN WHOLESALE PRODUCE, INC. | : | |
| | : | |
| Intervening Plaintiff | : | |
| v. | : | |
| | : | |
| MS-GRAND BRIDGEVIEW, INC., | : | |
| an Illinois corporation, d/b/a | : | |
| MELROSE FRESH MARKET, | : | |
| PETER LIMPERIS, and MAKIS LIMPERIS | : | |
| | : | |
| Defendants. | : | |
| | : | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, intervening plaintiff, Jack Tuchten Wholesale Produce, Inc., by and through counsel, certifies that it is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 4th day of September, 2008.

Respectfully submitted

LAW OFFICES OF WILLIAM B. KOHN

By:    s/ William B. Kohn
       William B. Kohn
       150 N. Wacker Drive
       Suite 1400
       Chicago, Illinois 60606
       (312) 553-1200

              and

By:    s/ Mary Jean Fassett
       Mary Jean Fassett, ID#9078552
       McCarron & Diess
       4900 Massachusetts Ave., N.W. Ste. 310
       Washington, DC 20016
       (202) 364-0400

       Attorneys for Intervening Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system, and via overnight delivery, this 4th day of September, 2008, on the following:

MS-Grand Bridgeview, Inc. d/b/a Melrose Fresh Market
Serve: Alfred S. Lee, Registered Agent
380 S. Schmale Road, Ste. 102
Carol Stream, IL 60188

Peter Limperis
10280 S. Harlem Avenue
Bridgeview, IL 60455

Makis Limperis
10280 S. Harlem Avenue
Bridgeview, IL 60455

s/ Mary Jean Fassett
Mary Jean Fassett