UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY MARANO COMPANY

        Plaintiff

        v.

MS-GRAND BRIDGEVIEW, INC.,
an Illinois corporation, d/b/a
MELROSE FRESH MARKET,
PETER LIMPERIS, and MAKIS LIMPERIS

        Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 08CV4244
Judge Zagel
Magistrate Judge Brown

JACK TUCHTEN WHOLESALE PRODUCE, INC.

        Intervening Plaintiff

        v.

MS-GRAND BRIDGEVIEW, INC.,
an Illinois corporation, d/b/a
MELROSE FRESH MARKET,
PETER LIMPERIS, and MAKIS LIMPERIS

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

**AFFIDAVIT OF DAWN E. ARKIN IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION ORDER**

STATE OF ILLINOIS      :

COUNTY OF COOK      :

    Dawn E. Arkin, being duly sworn, deposes and says:

    1.    I am the president of Jack Tuchten Wholesale Produce, Inc.

("Tuchten").

    2.    I make this Affidavit in Support of Intervening Plaintiff's Motion for

Preliminary Injunction Order. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this affidavit are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this affidavit.

3.    Tuchten is in the business of shipping and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") throughout the wholesale, retail and food service markets. Tuchten is a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a *et. seq.* (hereafter "PACA"). With specific reference to the perishable agricultural commodities that are the subject of the PACA trust claim of Tuchten against defendants, those commodities were grown, shipped and moved in or in anticipation of interstate commerce.

4.    MS-Grand Bridgeview, Inc. d/b/a Melrose Fresh Market ("Melrose") purchases wholesale quantities of produce and resells these commodities. Melrose is a produce dealer subject to license under PACA as a dealer.

5.    Upon information and belief, Melrose is owned and controlled by defendants, Peter Limperis and Makis Limperis, who handle the finances and sign checks for the corporate defendant.

6.    The sales and accounts receivable records of Tuchten, including, but not limited to, invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made by me or under my direction and supervision by employees whose duty it is to prepare

2

such documents.

7.    My responsibilities include monitoring the sale of perishable agricultural commodities, including those sales that are the subject of this dispute.  My responsibilities also include supervising collection of the accounts receivable for such sales, including the account of Melrose, which is the subject of the present motion.  I have custody and control of the sales and accounts receivable records of Tuchten as they relate to Melrose, and I am thoroughly familiar with the manner in which those records are compiled.

8.    Between June 1, 2008 and June 28, 2008, Tuchten sold and delivered to Melrose, in interstate commerce, wholesale amounts of produce items worth $28,414.50, which remains unpaid.  Attached as Exhibit 1 is a true and correct copy of an itemized statement of account summarizing the invoices for produce sold to Melrose as described in this Affidavit, along with copies of the invoices delivered to Melrose, all of which contain the PACA trust language required by 7 U.S.C. §499e(c)(4).

9.    Tuchten's salesman, Zarko Ivetic, under my supervision, has talked to Paul Brizilakis, purchasing agent for Defendant, about the outstanding account of Melrose, with the most recent conversation occurring last week.  Mr. Ivetic is submitting his own affidavit in support of Tuchten's Motion for Preliminary Injunction regarding this conversation.  It is my understanding that Defendant does not dispute the amount due and owing to Tuchten from Defendant Melrose, but advised that Melrose is experiencing severe cash flow problems and cannot pay the balance due to Tuchten.

10.    I am aware that Defendants have failed to pay similarly situated

3

creditors. Defendants' failure, refusal and inability to pay, indicates that defendants are failing to maintain sufficient assets in the statutory trust to pay Tuchten and are dissipating trust assets.

11.    There is currently due and owing to Tuchten from defendants the amount of $28,414.50, plus contract interest and reasonable attorney's fees.


I declare the above statements to be true and correct under penalty of perjury as set forth in 28 U.S.C. §1746 and the laws of the State of Illinois.


Executed this 3rd day of September, 2008 at Chicago, Illinois.


By: _____, President

Dawn E. Arkin, President
Jack Tuchten Wholesale Produce, Inc.

4

Page: 1
Date: 08/04/08 at 2:40 PM

## JACK TUCHTEN WHOLESALE PRODUCE, INC
### Age Analysis - Outstanding
### for Customer = MSG
### Aged as of 08/04/08

| Invoice# | Order# | Ordr Dte | Slsm | Invc Dte | Invoice Amt | Paid Amt | Adjust Amt | Balance | Paid Dte | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| MSG | MS-GRAND BRIDGEVIEW INC. | | | | 708/398-6320 | BRIDGEVIEW | IL | Cr Limit: 1000 | | |
| 131114 | 131114 | 06/01/08 | TS | 06/01/08 | 1576.00 | | | 1576.00 | | 64 ### |
| 131115 | 131115 | 06/01/08 | TS | 06/01/08 | 132.00 | | | 132.00 | | 64 ### |
| 131312 | 131312 | 06/02/08 | ZI | 06/02/08 | 436.00 | | | 436.00 | | 63 ### |
| 131684 | 131684 | 06/03/08 | ZI | 06/03/08 | 1815.00 | | | 1815.00 | | 62 ### |
| 132286 | 132286 | 06/04/08 | P | 06/05/08 | 990.00 | | | 990.00 | | 60 ### |
| 132491 | 132491 | 06/05/08 | ZI | 06/05/08 | 75.00 | | | 75.00 | | 60 ### |
| 133024 | 133024 | 06/06/08 | ZI | 06/06/08 | 2022.50 | | | 2022.50 | | 59 ### |
| 133331 | 133331 | 06/07/08 | ZI | 06/07/08 | 783.00 | | | 783.00 | | 58 ### |
| 133389 | 133389 | 06/07/08 | ZI | 06/07/08 | 870.00 | | | 870.00 | | 58 ### |
| 134183 | 134183 | 06/10/08 | MC | 06/10/08 | 722.50 | | | 722.50 | | 55 ### |
| 134199 | 134199 | 06/10/08 | MC | 06/10/08 | 640.00 | | | 640.00 | | 55 ### |
| 134215 | 134215 | 06/10/08 | ZI | 06/10/08 | 2172.00 | | | 2172.00 | | 55 ### |
| 135882 | 135882 | 06/14/08 | ZI | 06/14/08 | 2558.50 | | | 2558.50 | | 51 ### |
| 136131 | 136131 | 06/15/08 | TS | 06/15/08 | 1615.00 | | | 1615.00 | | 50 ### |
| 136140 | 136140 | 06/15/08 | TS | 06/15/08 | 1715.00 | | | 1715.00 | | 50 ### |
| 136417 | 136417 | 06/16/08 | ZI | 06/16/08 | 947.50 | | | 947.50 | | 49 ### |
| 136931 | 136931 | 06/17/08 | ZI | 06/17/08 | 434.00 | | | 434.00 | | 48 ### |
| 136988 | 136988 | 06/17/08 | ZI | 06/17/08 | 1848.00 | | | 1848.00 | | 48 ### |
| 138629 | 138629 | 06/21/08 | ZI | 06/21/08 | 1472.50 | | | 1472.50 | | 44 ## |
| 138844 | 138844 | 06/22/08 | GH | 06/22/08 | 690.00 | | | 690.00 | | 43 ## |
| 139031 | 139031 | 06/23/08 | ZI | 06/23/08 | 1210.50 | | | 1210.50 | | 42 ## |
| 139035 | 139035 | 06/23/08 | ZI | 06/23/08 | 120.00 | | | 120.00 | | 42 ## |
| 139433 | 139433 | 06/24/08 | ZI | 06/24/08 | 1909.50 | | | 1909.50 | | 41 ## |
| 140155 | 140155 | 06/26/08 | GH | 06/26/08 | 1330.00 | | | 1330.00 | | 39 ## |
| 141049 | 141049 | 06/28/08 | ZI | 06/28/08 | 330.00 | | | 330.00 | | 37 ## |

| | MS-GRAND BRIDGEVIEW INC. | Totals: | | | 28414.50 | | | 28414.50 | | |

| | | | Totals: | 0.00 | 0.0 % | 0 - 15 |
|---|---|---|---|---|---|---|
| | | | | 0.00 | 0.0 % | 16 - 30 # |
| | | | | 7062.50 | 24.9 % | 31 - 45 ## |
| | | | | 21352.00 | 75.1 % | 46 - Ovr ### |
| | | | Aged Total: | 28414.50 | | |
| | | | Total Credits: | 0.00 | | |
| | | | Grand Total: | 28414.50 | | |





**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: TS

Date: 06/01/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 • FAX: 312/226-7796

Invoice: 131114

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 216 | | STRAWBERRY, CLAMSHELL CA CAL-FRUIT | 6.00 | 1296.00 |
| 56 | | ROMAINE HEARTS, 12/3 ADAM BROS | 5.00 | 280.00 |

| Page | 1 of 1 | | Total | 1576.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: TS**

**Date: 06/01/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 131115**

---

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 8 | | APRICOT TRAY PACK, 64 Z&S | 12.00 | 96.00 |
| 3 | | APRICOT TRAY PACK, 72 Z&S | 12.00 | 36.00 |

| Page    1 of 1 | | Total | 132.00 |
|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/02/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536            FAX: 312/226-7796

**Invoice: 131312**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 7 | | D' ANJOU, RED 70 DOVEX | 15.00 | 105.00 |
| 7 | | D'ANJOU, 70 DOVEX | 28.00 | 196.00 |
| 10 | | KIWI, VOLUME FILL  39 DEL MONTE | 13.50 | 135.00 |



| Page    1 of 1 | | Total | 436.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/03/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 131684**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 85 | | RED, GRAPE FLAME | 15.00 | 1275.00 |
| | | DEL-MONTE | | |
| 10 | | D'ANJOU, 70 | 28.00 | 280.00 |
| | | DOVEX | | |
| 20 | | CUCUMBER SEEDLESS, 12 | 13.00 | 260.00 |

| Page | 1 of 1 | | Total | 1815.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn: P**

**Date: 06/05/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 132286**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 6 | | CANTALOUPE, LARGE (BIN) | 165.00 | 990.00 |

| | | | | |
|---|---|---|---|---|
| **Page** | **1 of 1** | | **Total** | **990.00** |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.





**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/05/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

Invoice: 132491

MS-GRAND BRIDGEVIEW    DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | D' ANJOU, RED 70 DOVEX | 15.00 | 75.00 |

Page    1 of 1                                      Total        75.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/06/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 133024**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 20 | | BEAN, GREEN | 17.50 | 350.00 |
| 35 | | ROMAINE, 24 FOXY | 13.50 | 472.50 |
| 80 | | NECTARINE, VOLUME FILL 64 TOP SHELF | 15.00 | 1200.00 |



| Page | 1 of 1 | | Total | 2022.50 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/07/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE:  312/226-4536          FAX:  312/226-7796

**Invoice:** 133331

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 42 | | CANTALOUPE, 9 SIZE JUMBO BIG A | 11.50 | 483.00 |
| 20 | | HONEYDEW, 6 SIZE DEL-MONTE | 7.50 | 150.00 |
| 10 | | D' ANJOU, RED 70 DOVEX | 15.00 | 150.00 |



Page    1 of 1

**Total**    783.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/07/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

Invoice: 133389

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 60 | | EGGPLANT, FANCY | 14.50 | 870.00 |

| Page | 1 of 1 | | Total | 870.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: MC**

**Date: 06/10/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 134183**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 85 | | BASKET FLOWERS, REGULAR | 8.50 | 722.50 |

**Page    1 of 1**

**Total**    **722.50**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: MC**

**Date: 06/10/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE:  312/226-4536          FAX:  312/226-7796

**Invoice:134199**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 40 | | FLATS, ITALIAN BASIL (15/FLAT) | 16.00 | 640.00 |

| Page | 1 of 1 | | Total | 640.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.




# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/10/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536       FAX: 312/226-7796

**Invoice: 134215**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 96 | | GREEN, GRAPE PERLETTE OPPENHEIMR | 12.00 | 1152.00 |
| 85 | | RED, GRAPE FLAME DEL-MONTE | 12.00 | 1020.00 |

**Page    1 of 1**

**Total       2172.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/14/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 135882**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 10 | | D'ANJOU, 70 <br> DOVEX | 28.00 | 280.00 |
| 85 | | RED, GRAPE FLAME <br> LUZ ELENA | 12.00 | 1020.00 |
| 96 | | GREEN, GRAPE PERLETTE <br> OPPENHEIME | 11.00 | 1056.00 |
| 15 | | ROMAINE, 24 <br> FOXY | 13.50 | 202.50 |



| Page | 1 of 1 | | Total | 2558.50 |
|------|--------|--|-------|---------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: TS

Date: 06/15/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

Invoice: 136131

## MS-GRAND BRIDGEVIEW     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 34 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 408.00 |
| 51 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 612.00 |
| 64 | | STRAWBERRY, CLAMSHELL CA SEA BREEZE | 7.50 | 480.00 |
| 10 | | CANTALOUPE, 9 SIZE NIKI | 11.50 | 115.00 |

Page    1 of 1

Total    1615.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: TS**

**Date: 06/15/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536  •  FAX: 312/226-7796

**Invoice: 136140**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 216 | | STRAWBERRY, CLAMSHELL CA RED BLOSSO | 5.00 | 1080.00 |
| 20 | | LETTUCE CELLO, 24 KINGSIZE | 19.00 | 380.00 |
| 15 | | GRAPEFRUIT, STAR RUBY 36 RIVERSIDE | 17.00 | 255.00 |

| Page | 1 of 1 | Total | 1715.00 |
|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.

# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/16/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice:136417-A**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|----------|----|-----------| ------|--------|
| 5 | | ROMAINE, 24<br>FOXY | 13.50 | 67.50 |
| 15 | | LIME 230<br>CHELY | 8.00 | 120.00 |
| 15 | | GRAPEFRUIT, WHITE, 36<br>RIVERSIDE | 17.00 | 255.00 |
| 10 | | ASPARAGUS, 28# STANDARD<br>DOLE | 41.00 | 410.00 |
| 4 | | CANTALOUPE, TUSCAN<br>DULCINEA | 7.50 | 30.00 |
| 10 | | WATERMELON, BABY<br>DULCINEA | 6.50 | 65.00 |

| Page | 1 of 1 | | Total | 947.50 |
|------|--------|--|-------|--------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.





# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/17/08

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice:** 136931

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------:|----|-------------|------:|-------:|
| 70 | | HONEYDEW, 6 SIZE BURNAND | 6.00 | 420.00 |
| 1 | | MUSHROOM, BABY BELLA | 14.00 | 14.00 |

| Page | 1 of 1 | Total | 434.00 |
|------|--------|-------|--------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/17/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 136988**

**MS-GRAND BRIDGEVIEW**      DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 88 | | CHERRY, BING 11.5 ROW FARMINGTON | 21.00 | 1848.00 |

| Page | 1 of 1 | | Total | 1848.00 |
|------|--------|--|-------|---------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/21/08**

2404 South Wolcott, Unit 31   •   Chicago, Illinois 60608
PHONE:  312/226-4536           FAX:  312/226-7796

**Invoice:138629**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------:|----|-------------|------:|-------:|
| 10 | | LIME 230<br>CHELY | 8.00 | 80.00 |
| 13 | | GALA, 110 | 37.50 | 487.50 |
| 50 | | RED, GRAPE FLAME<br>DEL-MONTE | 11.50 | 575.00 |
| 10 | | CELERY, SLEEVED 24<br>BLACK BOX | 18.00 | 180.00 |
| 10 | | EGGPLANT, FANCY<br>WISNATZKI | 15.00 | 150.00 |

| Page | 1 of 1 | | Total | 1472.50 |
|------|--------|---|-------|---------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: GH**

**Date: 06/22/08**

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice:138844**

**MS-GRAND-BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 20 | | LEMON, 235CT PREMIER | 21.00 | 420.00 |
| 20 | | BLACK, PLUM 70 Z&S | 13.50 | 270.00 |

**Page     1 of  1**

**Total       690.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/23/08

2404 South Wolcott, Unit 31　•　Chicago, Illinois 60608
PHONE: 312/226-4536　　　　FAX: 312/226-7796

Invoice: 139031

**MS-GRAND BRIDGEVIEW**　　DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---:|---|---|---:|---:|
| 25 | | PLUOT 50 CALIFORNIA | 19.00 | 475.00 |
| 5 | | LEMON, 95 PREMIER | 40.00 | 200.00 |
| 15 | | PINEAPPLE 6 CHIQUITA | 12.00 | 180.00 |
| 20 | | LIME 230 CHELY | 8.00 | 160.00 |
| 1 | | DILL, 24 BUNCH | 18.00 | 18.00 |
| 5 | | ONION GREEN, JUMBO OMO | 10.50 | 52.50 |
| 5 | | POTATO WHITE, A | 25.00 | 125.00 |

| Page  1 of  1 | | | Total | 1210.50 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/23/08**

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 139035**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | TOMATO GRAPE, 12/1 PINT DEWITT | 24.00 | 120.00 |

| Page | 1 of 1 | | Total | 120.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/24/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 139433**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 4 | | RED LEAF TOPLESS | 12.50 | 50.00 |
| 1 | | ESCAROLE WESTERN EX | 15.00 | 15.00 |
| 2 | | ENDIVE TOPLESS | 15.00 | 30.00 |
| 2 | | ANISE BONIPAK | 17.50 | 35.00 |
| 5 | | CARROTS, CELLO CALIFORNIA | 17.50 | 87.50 |
| 10 | | CAULIFLOWER, 9 FOXY | 13.00 | 130.00 |
| 20 | | ZUCCHINI, FANCY PACIFIC CO | 12.00 | 240.00 |
| 15 | | EGGPLANT, FANCY DEWITT | 15.00 | 225.00 |
| 20 | | LEMON, 235CT PREMIER | 21.00 | 420.00 |
| 5 | | PACKHAM, 70 | 29.00 | 145.00 |
| 56 | | CANTALOUPE, 12 SIZE AMARAL | 9.50 | 532.00 |

Page    1 of 1

Total    1909.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance.  Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.

**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: GH

Date: 06/26/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 140155**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 15 | | LETTUCE CELLO, 24 GREENGIANT | 14.00 | 210.00 |
| 10 | | ORANGE FL, VALENCIA 125 RIVER PRID | 16.00 | 160.00 |
| 80 | | PEACH, VOLUME FILL 72 Z&S | 12.00 | 960.00 |

| Page | 1 of 1 | | Total | 1330.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/28/08

2404 South Wolcott, Unit 31    •    Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

Invoice:141049-A

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | CELERY, SLEEVED 30 DOLE | 22.00 | 110.00 |
| 20 | | PINEAPPLE 8 CHIQUITA | 11.00 | 220.00 |

Page    1 of 1

Total          330.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.