# JACK TUCHTEN WHOLESALE PRODUCE, INC

## Age Analysis - Outstanding
### for Customer = MSG
### Aged as of 08/04/08

| Invoice# | Order# | Ordr Dte | Slsm | Invc Dte | Invoice Amt | Paid Amt | Adjust Amt | Balance | Paid Dte | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| **MSG** | **MS-GRAND BRIDGEVIEW INC.** | | | | 708/398-6320 | BRIDGEVIEW IL | | Cr Limit: 1000 | | |
| 131114 | 131114 | 06/01/08 | TS | 06/01/08 | 1576.00 | | | 1576.00 | | 64 ### |
| 131115 | 131115 | 06/01/08 | TS | 06/01/08 | 132.00 | | | 132.00 | | 64 ### |
| 131312 | 131312 | 06/02/08 | ZI | 06/02/08 | 436.00 | | | 436.00 | | 63 ### |
| 131684 | 131684 | 06/03/08 | ZI | 06/03/08 | 1815.00 | | | 1815.00 | | 62 ### |
| 132286 | 132286 | 06/04/08 | P | 06/05/08 | 990.00 | | | 990.00 | | 60 ### |
| 132491 | 132491 | 06/05/08 | ZI | 06/05/08 | 75.00 | | | 75.00 | | 60 ### |
| 133024 | 133024 | 06/06/08 | ZI | 06/06/08 | 2022.50 | | | 2022.50 | | 59 ### |
| 133331 | 133331 | 06/07/08 | ZI | 06/07/08 | 783.00 | | | 783.00 | | 58 ### |
| 133389 | 133389 | 06/07/08 | ZI | 06/07/08 | 870.00 | | | 870.00 | | 58 ### |
| 134183 | 134183 | 06/10/08 | MC | 06/10/08 | 722.50 | | | 722.50 | | 55 ### |
| 134199 | 134199 | 06/10/08 | MC | 06/10/08 | 640.00 | | | 640.00 | | 55 ### |
| 134215 | 134215 | 06/10/08 | ZI | 06/10/08 | 2172.00 | | | 2172.00 | | 55 ### |
| 135882 | 135882 | 06/14/08 | ZI | 06/14/08 | 2558.50 | | | 2558.50 | | 51 ### |
| 136131 | 136131 | 06/15/08 | TS | 06/15/08 | 1615.00 | | | 1615.00 | | 50 ### |
| 136140 | 136140 | 06/15/08 | TS | 06/15/08 | 1715.00 | | | 1715.00 | | 50 ### |
| 136417 | 136417 | 06/16/08 | ZI | 06/16/08 | 947.50 | | | 947.50 | | 49 ### |
| 136931 | 136931 | 06/17/08 | ZI | 06/17/08 | 434.00 | | | 434.00 | | 48 ### |
| 136988 | 136988 | 06/17/08 | ZI | 06/17/08 | 1848.00 | | | 1848.00 | | 48 ### |
| 138629 | 138629 | 06/21/08 | ZI | 06/21/08 | 1472.50 | | | 1472.50 | | 44 ## |
| 138844 | 138844 | 06/22/08 | GH | 06/22/08 | 690.00 | | | 690.00 | | 43 ## |
| 139031 | 139031 | 06/23/08 | ZI | 06/23/08 | 1210.50 | | | 1210.50 | | 42 ## |
| 139035 | 139035 | 06/23/08 | ZI | 06/23/08 | 120.00 | | | 120.00 | | 42 ## |
| 139433 | 139433 | 06/24/08 | ZI | 06/24/08 | 1909.50 | | | 1909.50 | | 41 ## |
| 140155 | 140155 | 06/26/08 | GH | 06/26/08 | 1330.00 | | | 1330.00 | | 39 ## |
| 141049 | 141049 | 06/28/08 | ZI | 06/28/08 | 330.00 | | | 330.00 | | 37 ## |
| | **MS-GRAND BRIDGEVIEW INC.** | | **Totals:** | | 28414.50 | | | 28414.50 | | |

| | | |
|---|---|---|
| Totals: | 0.00 | 0.0 % 0 - 15 |
| | 0.00 | 0.0 % 16 - 30 # |
| | 7062.50 | 24.9 % 31 - 45 ## |
| | 21352.00 | 75.1 % 46 - Ovr ### |
| Aged Total: | 28414.50 | |
| Total Credits: | 0.00 | |
| Grand Total: | 28414.50 | |



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 • FAX: 312/226-7796

**Salesmn: TS**

**Date: 06/01/08**

**Invoice: 131114**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 216 | | STRAWBERRY, CLAMSHELL CA CAL-FRUIT | 6.00 | 1296.00 |
| 56 | | ROMAINE HEARTS, 12/3 ADAM BROS | 5.00 | 280.00 |

| Page | 1 of 1 | | Total | 1576.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: TS

Date: 06/01/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 131115**

## MS-GRAND BRIDGEVIEW    DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 8 | | APRICOT TRAY PACK, 64 Z&S | 12.00 | 96.00 |
| 3 | | APRICOT TRAY PACK, 72 Z&S | 12.00 | 36.00 |

| Page    1 of 1 | Total | 132.00 |
|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
**WHOLESALE PRODUCE, INC.**
Chicago International Produce Market

Salesmn: ZI

Date: 06/02/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 131312**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 7 | | D' ANJOU, RED 70 DOVEX | 15.00 | 105.00 |
| 7 | | D'ANJOU, 70 DOVEX | 28.00 | 196.00 |
| 10 | | KIWI, VOLUME FILL  39 DEL MONTE | 13.50 | 135.00 |



Page    1 of 1                         Total          436.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
#### Chicago International Produce Market

Salesmn: ZI

Date: 06/03/08

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

Invoice: 131684

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 85 | | RED, GRAPE FLAME DEL-MONTE | 15.00 | 1275.00 |
| 10 | | D'ANJOU, 70 DOVEX | 28.00 | 280.00 |
| 20 | | CUCUMBER SEEDLESS, 12 | 13.00 | 260.00 |

| Page   1 of 1 | Total | 1815.00 |
|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.

**Salesmn: P**

Chicago International Produce Market

**Date: 06/05/08**

2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 132286**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 6 | | CANTALOUPE, LARGE (BIN) | 165.00 | 990.00 |

**Page  1 of  1**                    **Total**        **990.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/05/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 FAX: 312/226-7796

**Invoice:132491**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | D' ANJOU, RED 70 DOVEX | 15.00 | 75.00 |

| Page | 1 of 1 | Total | 75.00 |
|---|---|---|---|

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/06/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 FAX: 312/226-7796

**Invoice: 133024**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 20 | | BEAN, GREEN | 17.50 | 350.00 |
| 35 | | ROMAINE, 24 FOXY | 13.50 | 472.50 |
| 80 | | NECTARINE, VOLUME FILL 64 TOP SHELF | 15.00 | 1200.00 |



| Page | 1 of 1 | | Total | 2022.50 |
|------|--------|--|-------|---------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Salesmn: ZI**

**Date: 06/07/08**

**Invoice: 133331**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|----|-------------|-------|--------|
| 42 | | CANTALOUPE, 9 SIZE JUMBO BIG A | 11.50 | 483.00 |
| 20 | | HONEYDEW, 6 SIZE DEL-MONTE | 7.50 | 150.00 |
| 10 | | D' ANJOU, RED 70 DOVEX | 15.00 | 150.00 |



Page     1 of 1                         **Total**         783.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/07/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 • FAX: 312/226-7796

**Invoice: 133389**

**MS-GRAND-BRIDGEVIEW**     DBA MELROSE FRESH MARKET   10280 S.

| Quantity | UM | Description | Price | Amount |
|---:|---|---|---:|---:|
| 60 | | EGGPLANT, FANCY | 14.50 | 870.00 |

| Page | 1 of 1 | | Total | 870.00 |
|---|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: MC**

**Date: 06/10/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536     FAX: 312/226-7796

**Invoice: 134183**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 85 | | BASKET FLOWERS, REGULAR | 8.50 | 722.50 |

**Page     1 of 1**                                    **Total**          **722.50**

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536     FAX: 312/226-7796

**Salesmn: MC**

**Date: 06/10/08**

**Invoice:134199**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 40 | | FLATS, ITALIAN BASIL (15/FLAT) | 16.00 | 640.00 |

**Page**    1 of 1        **Total**     640.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/10/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 134215**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 96 | | GREEN, GRAPE PERLETTE OPPENHEIMR | 12.00 | 1152.00 |
| 85 | | RED, GRAPE FLAME DEL-MONTE | 12.00 | 1020.00 |

**Page    1 of 1**                    **Total        2172.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 FAX: 312/226-7796

Salesmn: ZI

Date: 06/14/08

**Invoice:135882**

## MS-GRAND BRIDGEVIEW    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------:|----|-------------|------:|-------:|
| 10 | | D'ANJOU, 70<br>DOVEX | 28.00 | 280.00 |
| 85 | | RED, GRAPE FLAME<br>LUZ ELENA | 12.00 | 1020.00 |
| 96 | | GREEN, GRAPE PERLETTE<br>OPPENHEIME | 11.00 | 1056.00 |
| 15 | | ROMAINE, 24<br>FOXY | 13.50 | 202.50 |



Page    1 of 1                     Total          2558.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: TS

Date: 06/15/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

**Invoice: 136131**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 34 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 408.00 |
| 51 | | RED, GRAPE FLAME LUZ ELENA | 12.00 | 612.00 |
| 64 | | STRAWBERRY, CLAMSHELL CA SEA BREEZE | 7.50 | 480.00 |
| 10 | | CANTALOUPE, 9 SIZE NIKI | 11.50 | 115.00 |

Page    1 of 1                    **Total**      **1615.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: TS**

**Date: 06/15/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608 **Invoice: 136140**
PHONE: 312/226-4536 • FAX: 312/226-7796

**MS-GRAND BRIDGEVIEW**  DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 216 | | STRAWBERRY, CLAMSHELL CA RED BLOSSO | 5.00 | 1080.00 |
| 20 | | LETTUCE CELLO, 24 KINGSIZE | 19.00 | 380.00 |
| 15 | | GRAPEFRUIT, STAR RUBY 36 RIVERSIDE | 17.00 | 255.00 |

| Page 1 of 1 | Total | 1715.00 |
|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/16/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice:136417-A**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------:|----|-------------|------:|-------:|
| 5 | | ROMAINE, 24<br>FOXY | 13.50 | 67.50 |
| 15 | | LIME 230<br>CHELY | 8.00 | 120.00 |
| 15 | | GRAPEFRUIT, WHITE, 36<br>RIVERSIDE | 17.00 | 255.00 |
| 10 | | ASPARAGUS, 28# STANDARD<br>DOLE | 41.00 | 410.00 |
| 4 | | CANTALOUPE, TUSCAN<br>DULCINEA | 7.50 | 30.00 |
| 10 | | WATERMELON, BABY<br>DULCINEA | 6.50 | 65.00 |



**Page      1 of 1**                                      **Total**          **947.50**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.

Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/17/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

**Invoice: 136931**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 70 | | HONEYDEW, 6 SIZE BURNAND | 6.00 | 420.00 |
| 1 | | MUSHROOM, BABY BELLA | 14.00 | 14.00 |

| Page   1 of 1 | | Total | 434.00 |
|---|---|---|---|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/17/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

**Invoice: 136988**

**MS-GRAND BRIDGEVIEW**      DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 88 | | CHERRY, BING 11.5 ROW FARMINGTON | 21.00 | 1848.00 |

| Page | 1 of 1 | | Total | 1848.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/21/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536     FAX: 312/226-7796

Invoice: 138629

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---:|---|---|---:|---:|
| 10 | | LIME 230 CHELY | 8.00 | 80.00 |
| 13 | | GALA, 110 | 37.50 | 487.50 |
| 50 | | RED, GRAPE FLAME DEL-MONTE | 11.50 | 575.00 |
| 10 | | CELERY, SLEEVED 24 BLACK BOX | 18.00 | 180.00 |
| 10 | | EGGPLANT, FANCY WISNATZKI | 15.00 | 150.00 |



Page     1 of  1

Total     1472.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

**Salesmn:** GH

**Date:** 06/22/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536 FAX: 312/226-7796

**Invoice: 138844**

**MS-GRAND-BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---------|-----|-------------|-------|--------|
| 20 | | LEMON, 235CT PREMIER | 21.00 | 420.00 |
| 20 | | BLACK, PLUM 70 Z&S | 13.50 | 270.00 |



| Page | 1 of 1 | | Total | 690.00 |
|------|--------|--|-------|--------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/23/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

**Invoice: 139031**

**MS-GRAND BRIDGEVIEW**   DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 25 | | PLUOT 50 CALIFORNIA | 19.00 | 475.00 |
| 5 | | LEMON, 95 PREMIER | 40.00 | 200.00 |
| 15 | | PINEAPPLE 6 CHIQUITA | 12.00 | 180.00 |
| 20 | | LIME 230 CHELY | 8.00 | 160.00 |
| 1 | | DILL, 24 BUNCH | 18.00 | 18.00 |
| 5 | | ONION GREEN, JUMBO OMO | 10.50 | 52.50 |
| 5 | | POTATO WHITE, A | 25.00 | 125.00 |



Page    1 of  1                                    Total         1210.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(e) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn: ZI**

**Date: 06/23/08**

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536          FAX: 312/226-7796

**Invoice: 139035**

**MS-GRAND BRIDGEVIEW**     DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | TOMATO GRAPE, 12/1 PINT DEWITT | 24.00 | 120.00 |

**Page    1 of 1**

**Total**          **120.00**

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: ZI

Date: 06/24/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536  FAX: 312/226-7796

**Invoice: 139433**

## MS-GRAND BRIDGEVIEW  DBA MELROSE FRESH MARKET 10280 S.

| Quantity | UM | Description | Price | Amount |
|---------:|----|-------------|------:|-------:|
| 4 | | RED LEAF TOPLESS | 12.50 | 50.00 |
| 1 | | ESCAROLE WESTERN EX | 15.00 | 15.00 |
| 2 | | ENDIVE TOPLESS | 15.00 | 30.00 |
| 2 | | ANISE BONIPAK | 17.50 | 35.00 |
| 5 | | CARROTS, CELLO CALIFORNIA | 17.50 | 87.50 |
| 10 | | CAULIFLOWER, 9 FOXY | 13.00 | 130.00 |
| 20 | | ZUCCHINI, FANCY PACIFIC CO | 12.00 | 240.00 |
| 15 | | EGGPLANT, FANCY DEWITT | 15.00 | 225.00 |
| 20 | | LEMON, 235CT PREMIER | 21.00 | 420.00 |
| 5 | | PACKHAM, 70 | 29.00 | 145.00 |
| 56 | | CANTALOUPE, 12 SIZE AMARAL | 9.50 | 532.00 |

| Page | 1 of 1 | | Total | 1909.50 |
|------|--------|--|-------|---------|

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

Salesmn: GH

Date: 06/26/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536       FAX: 312/226-7796

**Invoice: 140155**

**MS-GRAND BRIDGEVIEW**    DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 15 | | LETTUCE CELLO, 24 GREENGIANT | 14.00 | 210.00 |
| 10 | | ORANGE FL, VALENCIA 125 RIVER PRID | 16.00 | 160.00 |
| 80 | | PEACH, VOLUME FILL 72 Z&S | 12.00 | 960.00 |



Page     1 of  1                              Total        1330.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
### Chicago International Produce Market

**Salesmn:** ZI

**Date:** 06/28/08

2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

**Invoice:141049-A**

**MS-GRAND BRIDGEVIEW**      DBA MELROSE FRESH MARKET  10280 S.

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | CELERY, SLEEVED 30 DOLE | 22.00 | 110.00 |
| 20 | | PINEAPPLE 8 CHIQUITA | 11.00 | 220.00 |

**Page**    1 of 1                                **Total**        330.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.