UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY MARANO COMPANY

    Plaintiff

v.

MS-GRAND BRIDGEVIEW, INC.,
an Illinois corporation, d/b/a
MELROSE FRESH MARKET,
PETER LIMPERIS, and MAKIS LIMPERIS

    Defendants

Case No. 08CV4244
Judge Zagel
Magistrate Judge Brown

JACK TUCHTEN WHOLESALE PRODUCE, INC.

    Intervening Plaintiff

v.

MS-GRAND BRIDGEVIEW, INC.,
an Illinois corporation, d/b/a
MELROSE FRESH MARKET,
PETER LIMPERIS, and MAKIS LIMPERIS

    Defendants.

**AFFIDAVIT OF STEPHEN SERCK IN SUPPORT OF**
**MOTION FOR PRELIMINARY INJUNCTION ORDER**

Stephen Serck, being duly sworn, deposes and says:

    1.    I am the President of JAB Produce, Inc. ("JAB"), and make this Affidavit in support of Intervening Plaintiff's Motion for Preliminary Injunction Order.

    2.    I am an adult who, if called upon as a witness, would and could competently testify to all facts stated in this affidavit. The facts set forth in this

affidavit are within my personal knowledge.

3. JAB is a business located in Chicago, Illinois which bought and sold wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate produce. JAB is a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. 499a *et seq.* (hereafter "PACA").

4. My responsibilities as President of JAB include supervising collection of the accounts receivable for JAB's sales of perishable agricultural commodities, including the account MS-Grand Bridgeview, Inc. d/b/a Melrose Fresh Market ("Melrose"). I have custody and control of the sales and accounts receivable records of JAB as they relate to Melrose, and am familiar with the manner in which those records were compiled.

5. Between May 12, 2008, and August 8, 2008, JAB entered into a series of transactions with Melrose, whereby JAB sold and delivered to Melrose, wholesale amounts of produce worth $72,709.60. These commodities were grown, shipped and moved in or in anticipation of interstate commerce. An itemized statement of account is attached as Exhibit A.

6. With respect to each shipment, JAB sent an invoice to Melrose that contained the language required by 7 U.S.C. 499e(c)(4). Copies of a sampling of the unpaid invoices sent to Melrose, which are voluminous, are attached hereto as Exhibit B.

7. On July 28, 2008, Melrose submitted a check in the amount of $18,523.85 returned for insufficient funds to JAB, a copy of which is attached as

Exhibit C. JAB incurred bank charges as a result of the NSF check.

8. JAB has talked to Melrose's Accounts Payable Clerk, Mary, about the outstanding account of Melrose. Melrose has never disputed the amount due and owing to JAB but advised that Melrose is experiencing severe cash flow problems and cannot pay the balance due to JAB.

9. Defendants' failure, refusal and inability to pay, as well as their tender of a check returned for insufficient funds, indicates that defendants are failing to maintain sufficient assets in the statutory trust to pay Intervening Plaintiff and similarly situated creditors like JAB, and are dissipating trust assets.

10. The outstanding balance due and owing to JAB from Melrose is the principal amount of $72,709.60, plus bank charges, contract interest, and reasonable attorneys fees and costs incurred. JAB intends to intervene in this action as a party plaintiff to protect its interests and enforce its PACA trust rights against defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _September 4_, 2008.

_____
Stephen Serck, President
JAB Produce, Inc.

**EXHIBIT "A"**

```
08/15/08                      JAB Produce, Inc.                        Page:    1
                          Accounts Receivable Detail

Customer: M0251, MELROSE FRESH MARKET                Phone#

  Date      Ticket #    Code      Amount         Paid        Credit      Balance
-------------------------------------------------------------------------------
08/14/08    NSF2237     DM          0.00         0.00      -18563.85    18563.85
05/12/08    682808      DI        882.10       882.00           0.00        0.10
05/21/08    684976      DI        447.50       447.50         160.00      -160.00
06/17/08    691089      DI        778.80         0.00           0.00       778.80
06/17/08    691091      DI        756.00         0.00           0.00       756.00
06/17/08    691167      DI        145.00         0.00           0.00       145.00
06/19/08    691619      DI        864.30         0.00           0.00       864.30
06/19/08    691624      DI        150.00         0.00           0.00       150.00
06/20/08    692101      DI        446.00         0.00           0.00       446.00
06/21/08    692305      DI        239.00         0.00           0.00       239.00
06/23/08    692483      DI        458.80         0.00           0.00       458.80
06/23/08    692489      DI         91.50         0.00           0.00        91.50
06/24/08    692824      DI        645.00         0.00           0.00       645.00
06/24/08    692828      DI         80.00         0.00           0.00        80.00
06/26/08    693271      DI       2426.30         0.00           0.00      2426.30
06/26/08    693368      DI        240.00         0.00           0.00       240.00
06/27/08    693746      DI        793.50         0.00           0.00       793.50
06/27/08    693748      DI        117.00         0.00           0.00       117.00
06/28/08    693890      DI        935.75         0.00           0.00       935.75
06/28/08    693904      DI         42.50         0.00           0.00        42.50
06/30/08    694126      DI       1365.00         0.00           0.00      1365.00
06/30/08    694134      DI         62.50         0.00           0.00        62.50
07/01/08    694402      DI       1527.50         0.00           0.00      1527.50
07/03/08    694917      DI       1255.35         0.00           0.00      1255.35
07/05/08    695193      DI       1437.50         0.00         130.40      1307.10
07/07/08    695490      DI        729.00         0.00           0.00       729.00
07/08/08    695748      DI       2970.00         0.00           0.00      2970.00
07/10/08    696281      DI       1882.50         0.00           0.00      1882.50
07/11/08    696637      DI        890.00         0.00           0.00       890.00
07/12/08    696793      DI        513.00         0.00           0.00       513.00
07/14/08    696983      DI        303.50         0.00           0.00       303.50
07/14/08    697105      DI        273.00         0.00           0.00       273.00
07/15/08    697242      DI       1296.00         0.00           0.00      1296.00
07/15/08    697260      DI       1900.00         0.00           0.00      1900.00
07/17/08    697838      DI        689.25         0.00           0.00       689.25
07/17/08    697844      DI        970.00         0.00           0.00       970.00
07/18/08    698262      DI        360.75         0.00           0.00       360.75
07/19/08    698376      DI       1266.25         0.00           0.00      1266.25
07/19/08    698377      DI         58.00         0.00           0.00        58.00
07/19/08    698378      DI        260.00         0.00           0.00       260.00
07/19/08    698391      DI        422.00         0.00           0.00       422.00
07/21/08    698627      DI       1099.25         0.00           0.00      1099.25
07/21/08    698645      DI        175.00         0.00           0.00       175.00
07/22/08    698930      DI       1222.00         0.00           0.00      1222.00
07/22/08    698934      DI        290.00         0.00           0.00       290.00
07/22/08    698937      DI       1404.00         0.00           0.00      1404.00
07/22/08    698959      DI        200.00         0.00           0.00       200.00
07/23/08    698935      DI        194.00         0.00           0.00       194.00
07/23/08    699251      DI        257.00         0.00           0.00       257.00
07/24/08    699402      DI       1520.75         0.00          12.50      1508.25
07/25/08    699764      DI       2261.00         0.00           0.00      2261.00
07/25/08    699833      DI        320.00         0.00           0.00       320.00
07/26/08    700016      DI        996.50         0.00           0.00       996.50
```

```
07/28/08   700274   DI    1692.50         0.00          0.00        1692.50
------------------------------------------------------------------------------
Continued...
```

08/15/08             JAB Produce, Inc.  
              Accounts Receivable Detail        Page: 2

Customer: M0251, MELROSE FRESH MARKET     Phone#

| Date | Ticket # | Code | Amount | Paid | Credit | Balance |
|---|---|---|---|---|---|---|
| 07/28/08 | 700278 | DI | 305.00 | 0.00 | 0.00 | 305.00 |
| 07/28/08 | 700279 | DI | 48.00 | 0.00 | 0.00 | 48.00 |
| 07/28/08 | 700280 | DI | 385.00 | 0.00 | 0.00 | 385.00 |
| 07/29/08 | 700509 | DI | 613.50 | 0.00 | 0.00 | 613.50 |
| 07/29/08 | 700513 | DI | 55.00 | 0.00 | 0.00 | 55.00 |
| 07/30/08 | 700757 | DI | 874.50 | 0.00 | 0.00 | 874.50 |
| 07/30/08 | 700759 | DI | 422.50 | 0.00 | 0.00 | 422.50 |
| 07/31/08 | 701000 | DI | 749.00 | 0.00 | 0.00 | 749.00 |
| 07/31/08 | 701002 | DI | 52.50 | 0.00 | 0.00 | 52.50 |
| 07/31/08 | 701004 | DI | 110.00 | 0.00 | 0.00 | 110.00 |
| 08/01/08 | 701008 | DI | 742.00 | 0.00 | 0.00 | 742.00 |
| 08/01/08 | 701372 | DI | 531.50 | 0.00 | 0.00 | 531.50 |
| 08/02/08 | 701498 | DI | 221.00 | 0.00 | 0.00 | 221.00 |
| 08/02/08 | 701500 | DI | 758.50 | 0.00 | 0.00 | 758.50 |
| 08/02/08 | 701533 | DI | 220.00 | 0.00 | 0.00 | 220.00 |
| 08/04/08 | 701789 | DI | 924.00 | 0.00 | 0.00 | 924.00 |
| 08/04/08 | 701801 | DI | 645.00 | 0.00 | 0.00 | 645.00 |
| 08/04/08 | 701811 | DI | 1717.50 | 0.00 | 0.00 | 1717.50 |
| 08/06/08 | 702210 | DI | 401.50 | 0.00 | 0.00 | 401.50 |
| 08/07/08 | 702305 | DI | 2271.00 | 0.00 | 35.00 | 2236.00 |
| 08/07/08 | 702317 | DI | 108.00 | 0.00 | 0.00 | 108.00 |
| 08/07/08 | 702320 | DI | 17.50 | 0.00 | 0.00 | 17.50 |
| 08/07/08 | 702374 | DI | 202.50 | 0.00 | 0.00 | 202.50 |
| 08/08/08 | 702577 | DI | 836.00 | 0.00 | 0.00 | 836.00 |

| Current | 7 Days | 14 Days | 21 Days | Over 28 | Total |
|---|---|---|---|---|---|
| 0.00 | 8287.50 | 7577.50 | 10936.75 | 45907.85 | 72709.60 |

EXHIBIT "B"

Case 1:08-cv-04244   Document 27   Filed 09/04/2008   Page 8 of 15

**JAB PRODUCE, INC.**
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 691089                 06/17/08
Customer:
Ship to: MELROSE FRESH MARKET

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

       *****  Duplicate Invoice  *****

       2    CS    Leek
Topless                    @22.50  =   45.00

       1    CS    Endive
Topless                    @16.00  =   16.00

       1    CS    Mustard Greens
OH / DUTCH MAID            @11.50  =   11.50

       1    CS    Kale Green
CA / RATTO                 @16.00  =   16.00

       1    CS    Parsley Root 24ct.
LITTLE BEAR                @45.00  =   45.00

       7    CS    Green Onions
Topless large              @12.50  =   87.50

       2    CS    Beets Loose 50 lb.
Little Bear                @17.00  =   34.00

       1    CS    Watercress 24 ct.
B & W                      @16.30  =   16.30


                       Continued

FOR RESALE ONLY
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum) in the event legal action becomes necessary to collect the sums due this invoice, buyer agrees to pay all costs of   TOTAL

JAB PRODUCE, INC.

08/15/08 (09:07:24) #2
Invoice: 691089                 06/17/08
Customer:
Ship to: MELROSE FRESH MARKET


       *****  Duplicate Invoice  *****

       2    CS    Leek
Topless
                                    17492 : òx
       1    CS    Endive
Topless
                                    17492 : cr
       1    CS    Mustard Greens
OH / DUTCH MAID
                                    17429 : òm
       1    CS    Kale Green
CA / RATTO
                                    17472 : cr
       1    CS    Parsley Root 24ct.
LITTLE BEAR
                                    17502 : cÅ
       7    CS    Green Onions
Topless large
                                    17471 : òn
       2    CS    Beets Loose 50 lb.
Little Bear
                                    17502 : cs
       1    CS    Watercress 24 ct.
B & W
                                    17508 : ür

                       SPARKY

WRITTEN BY                 DELIVERED BY

## JAB PRODUCE, INC.
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 691089                                    06/17/08
Customer: MELROSE FRESH MARKET
Ship to:

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

```
     *****   Duplicate Invoice   *****

    2    CS    Lettuce, Red Leaf
Snow Boy                   @14.00   =   28.00

    2    CS    Parsley, Plain (Flat)
Topless                    @21.00   =   42.00

    1    CS    Dill - 60 Count
CA / RATTO                 @32.00   =   32.00

    3    CS    Spinach, Bunch
Topless // Wood            @18.50   =   55.50

    2    SK    Turnips 25 lb. Medium
CA / RATTO                 @13.00   =   26.00

    5    CS    Mushrooms, 16 oz. Pkg.
8/16 oz. Green Giant       @14.00   =   70.00

    5    CS    Mushrooms, 8oz. Overwrap
8/16 oz. Green Giant       @12.00   =   60.00

    2    CS    Lettuce, Green Leaf
Snow Boy                   @14.00   =   28.00
```

                              Continued

## JAB PRODUCE, INC.

08/15/08 (09:07:24) #2
Invoice: 691089                                    06/17/08
Customer: MELROSE FRESH MARKET
Ship to:

```
     *****   Duplicate Invoice   *****

    2    CS    Lettuce, Red Leaf
Snow Boy
                                      17511 : cp
    2    CS    Parsley, Plain (Flat)
Topless
                                      17492 : cw
    1    CS    Dill - 60 Count
CA / RATTO
                                      17472 : cé
    3    CS    Spinach, Bunch
Topless // Wood
                                      17492 : òt
    2    SK    Turnips 25 lb. Medium
CA / RATTO
                                      17472 : co
    5    CS    Mushrooms, 16 oz. Pkg.
8/16 oz. Green Giant
                                      17513 : cp
    5    CS    Mushrooms, 8oz. Overwrap
8/16 oz. Green Giant
                                      17513 : cn
    2    CS    Lettuce, Green Leaf
Snow Boy
                                      17511 : cp
```

                              SPARKY

F O R   R E S A L E   O N L Y
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of

                              WRITTEN BY                    DELIVERED BY

## JAB PRODUCE, INC.
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 691089　　　　　　　　　06/17/08
Customer: MELROSE FRESH MARKET
Ship to:

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

\*\*\*\*\* Duplicate Invoice \*\*\*\*\*

```
    2     CS    MINT, BUNCHED
CA / RATTO
                       @13.00  =    26.00

    5     BX    Potatoes,YukonGold "A" BX
A-SZ YUKON BOX
                       @28.00  =   140.00
```

## JAB PRODUCE, INC.

08/15/08 (09:07:24) #2
Invoice: 691089　　　　　　　　　06/17/08
Customer: MELROSE FRESH MARKET
Ship to:

\*\*\*\*\* Duplicate Invoice \*\*\*\*\*

```
    2     CS    MINT, BUNCHED
CA / RATTO
                                17472 : co
    5     BX    Potatoes,YukonGold "A" BX
A-SZ YUKON BOX
                                17491 : c~
```

```
              778.80              SPARKY
```

F O R   R E S A L E   O N L Y
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum) in the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of

TOTAL　　　　　　　　　WRITTEN BY　　　　　　　　　DELIVERED BY

## JAB PRODUCE, INC.
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 691091                              06/17/08
Customer: MELROSE FRESH MARKET
Ship to:

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

\*\*\*\*\*   Duplicate Invoice   \*\*\*\*\*

  108    CS    Strawberry, Clamshell 1#
Naturipe Watsonville            @7.00    =    756.00

## JAB PRODUCE, INC.

08/15/08 (09:07:28) #2
Invoice: 691091                              06/17/08
Customer: MELROSE FRESH MARKET
Ship to:

\*\*\*\*\*   Duplicate Invoice   \*\*\*\*\*

  108    CS    Strawberry, Clamshell 1#
Naturipe Watsonville
                                    17496 :ci

756.00                        Mike

FOR RESALE ONLY
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of **TOTAL**

WRITTEN BY                           DELIVERED BY

**JAB PRODUCE, INC.**
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 691167　　　　　　　06/17/08
Customer: MELROSE FRESH MARKET
Ship to:

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

***** Duplicate Invoice *****

```
10    CS   Cabbage - Large Green
NEW JERSEY / CRATES       @14.50  =  145.00
```

**JAB PRODUCE, INC.**

08/15/08 (09:07:31) #1
Invoice: 691167　　　　　　　06/17/08
Customer: MELROSE FRESH MARKET
Ship to:

***** Duplicate Invoice *****

```
10    CS   Cabbage - Large Green
NEW JERSEY / CRATES
                              17493 : òp
```

145.00　　　　　　　　　　SPARKY

FOR RESALE ONLY
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of

WRITTEN BY　　　　　　　　　　DELIVERED BY

TOTAL

**EXHIBIT "C"**

Case 1:08-cv-04244    Document 27    Filed 09/04/2008    Page 14 of 15



*071000301*
08/07/2008
6611659481

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER