UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MARANO COMPANY | : |
| Plaintiff | : |
| v. | : Case No. <u>08CV4244</u><br>: Judge Zagel<br>: Magistrate Judge Brown |
| MS-GRAND BRIDGEVIEW, INC.,<br>an Illinois corporation, d/b/a<br>MELROSE FRESH MARKET,<br>PETER LIMPERIS, and MAKIS LIMPERIS | : |
| Defendants | : |
| JACK TUCHTEN WHOLESALE PRODUCE, INC. | : |
| Intervening Plaintiff<br>v. | : |
| MS-GRAND BRIDGEVIEW, INC.,<br>an Illinois corporation, d/b/a<br>MELROSE FRESH MARKET,<br>PETER LIMPERIS, and MAKIS LIMPERIS | : |
| Defendants. | : |

**AFFIDAVIT OF MARY ROJAS IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION ORDER**

Mary Rojas, being duly sworn, deposes and says:

1.      I am the Credit Manager of Auster Acquisitions, LLC a/t/a The

Auster Company, Inc. ("Auster"), and make this Affidavit in support of Intervening

Plaintiff's Motion for Preliminary Injunction Order.

2.      I am an adult who, if called upon as a witness, would and could

competently testify to all facts stated in this affidavit.  The facts set forth in this

affidavit are within my personal knowledge.

3.    Auster is a business located in Chicago, Illinois which bought and sold wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate produce.  Auster is a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. 499a *et seq.* (hereafter "PACA").

4.    My responsibilities as Credit Manager of Auster include supervising collection of the accounts receivable for Auster's sales of perishable agricultural commodities, including the account MS-Grand Bridgeview, Inc. d/b/a Melrose Fresh Market ("Melrose").  I have custody and control of the sales and accounts receivable records of Auster as they relate to Melrose, and am familiar with the manner in which those records were compiled.

5.    Between June 16, 2008, and August 27, 2008, Auster entered into a series of transactions with Melrose, whereby Auster sold and delivered to Melrose, wholesale amounts of produce worth $125,484.00.  These commodities were grown, shipped and moved in or in anticipation of interstate commerce.   An itemized statement of account is attached as Exhibit A.

6.    With respect to each shipment, Auster sent an invoice to Melrose that contained the language required by 7 U.S.C. 499e(c)(4).  A sample copy of one of the unpaid invoices sent to Melrose, which are voluminous, is attached hereto as Exhibit B.  All of the Auster invoices contain the requisite statutory language of notice of intent to preserve PACA trust rights.

7.    I have talked to Melrose's Accounts Payable Clerk, Mary, about the

outstanding account of Melrose. Melrose has never disputed the amount due and owing to Auster but advised that Melrose is experiencing severe cash flow problems and cannot pay the balance due to Auster.

8.      Defendants' failure, refusal and inability to pay, indicates that Defendants are failing to maintain sufficient assets in the statutory trust to pay Intervening Plaintiff and similarly situated creditors like Auster, and are dissipating trust assets.

10.     The outstanding balance due and owing to Auster from Melrose is the principal amount of $125,484.00, contract interest, and reasonable attorneys fees and costs incurred. Auster intends to intervene in this action as a party plaintiff to protect its interests and enforce its PACA trust rights against defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 9 - 04 - _____, 2008.

Mary Rojas, Credit Manager
Auster Acquisitions, LLC
a/t/a The Auster Company, Inc.

3

**EXHIBIT "A"**



Statement from:
Auster Acquisitions, LLC
2404 S Wolcott Ave
Chicago , IL 60608
(312) 829-6550   (312) 666-0095

013715
MS GRAND INC (BRIDGEVIEW)
MELROSE FRESH MARKET
10280 S HARLEM AVE
BRIDGEVIEW, IL 60455

## Outstanding Invoices as of 09/04/08

| Date | Invoice | Type | Reference | Charges | Credits | Amount Due | Balance |
|---|---|---|---|---|---|---|---|
| 06/16/08 | 01040412 | IV | | 1,703.00 | | 1,703.00 | 1,703.00 |
| 06/17/08 | 01040737 | IV | | 1,159.50 | | 1,159.50 | 2,862.50 |
| 06/17/08 | 01040738 | IV | | 1,570.00 | | 1,570.00 | 4,432.50 |
| 06/23/08 | 00052734 | CM | SO:01040738 | | -245.00 | -245.00 | 4,187.50 |
| 06/23/08 | 01042099 | IV | | 2,120.00 | | 2,120.00 | 6,307.50 |
| 06/23/08 | 01042107 | IV | | 2,335.00 | | 2,335.00 | 8,642.50 |
| 06/24/08 | 01042433 | IV | | 151.00 | | 151.00 | 8,793.50 |
| 06/24/08 | 01042434 | IV | | 1,245.00 | | 1,245.00 | 10,038.50 |
| 06/24/08 | 01042478 | IV | | 1,344.00 | | 1,344.00 | 11,382.50 |
| 06/26/08 | 01042972 | IV | | 1,295.00 | | 1,295.00 | 12,677.50 |
| 06/27/08 | 01043458 | IV | | 2,055.00 | | 2,055.00 | 14,732.50 |
| 06/28/08 | 01043605 | IV | | 490.00 | | 490.00 | 15,222.50 |
| 06/28/08 | 01043610 | IV | | 1,617.00 | | 1,617.00 | 16,839.50 |
| 06/29/08 | 01043737 | IV | | 1,116.00 | | 1,116.00 | 17,955.50 |
| 06/30/08 | 01043874 | IV | | 1,765.00 | | 1,765.00 | 19,720.50 |
| 06/30/08 | 01043878 | IV | | 1,449.00 | | 1,449.00 | 21,169.50 |
| 07/01/08 | 01044192 | IV | | 4,326.00 | | 4,326.00 | 25,495.50 |
| 07/01/08 | 01044193 | IV | | 230.00 | | 230.00 | 25,725.50 |
| 07/02/08 | 00052869 | CM | SO:01044192 | | -170.00 | -170.00 | 25,555.50 |
| 07/03/08 | 01044754 | IV | | 3,255.00 | | 3,255.00 | 28,810.50 |
| 07/03/08 | 01044758 | IV | | 1,787.00 | | 1,787.00 | 30,597.50 |
| 07/03/08 | 01044762 | IV | | 216.00 | | 216.00 | 30,813.50 |
| 07/05/08 | 01045130 | IV | | 2,359.00 | | 2,359.00 | 33,172.50 |
| 07/05/08 | 01045132 | IV | | 1,300.00 | | 1,300.00 | 34,472.50 |
| 07/05/08 | 01045137 | IV | | 1,605.50 | | 1,605.50 | 36,078.00 |
| 07/06/08 | 01045284 | IV | | 880.00 | | 880.00 | 36,958.00 |
| 07/07/08 | 01045438 | IV | | 2,430.00 | | 2,430.00 | 39,388.00 |
| 07/07/08 | 01045458 | IV | | 560.00 | | 560.00 | 39,948.00 |
| 07/08/08 | 01045802 | IV | | 4,356.00 | | 4,356.00 | 44,304.00 |
| 07/08/08 | 01045810 | IV | | 1,248.00 | | 1,248.00 | 45,552.00 |
| 07/10/08 | 01046380 | IV | | 2,475.00 | | 2,475.00 | 48,027.00 |
| 07/14/08 | 01047228 | IV | | 1,265.00 | | 1,265.00 | 49,292.00 |

| Current | 15 - 21 | 22 - 28 | Over 28 days | Total Due |
|---|---|---|---|---|
| CONT | CONT | CONT | CONT | CONT |

PACA TRUST PROVISION: The perishable agricultural commodities listed on these invoices are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under these invoices, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.



Statement from:
Auster Acquisitions, LLC
2404 S Wolcott Ave
Chicago , IL 60608
(312) 829-6550   (312) 666-0095

013715
MS GRAND INC (BRIDGEVIEW)
MELROSE FRESH MARKET
10280 S HARLEM AVE
BRIDGEVIEW, IL 60455

Outstanding Invoices as of 09/04/08

| Date | Invoice | Type | Reference | Charges | Credits | Amount Due | Balance |
|---|---|---|---|---|---|---|---|
| 07/14/08 | 01047231 | IV | | 420.00 | | 420.00 | 49,712.00 |
| 07/15/08 | 01047573 | IV | | 2,470.00 | | 2,470.00 | 52,182.00 |
| 07/15/08 | 01047574 | IV | | 864.00 | | 864.00 | 53,046.00 |
| 07/15/08 | 01047597 | IV | | 240.00 | | 240.00 | 53,286.00 |
| 07/17/08 | 01048154 | IV | | 1,487.50 | | 1,487.50 | 54,773.50 |
| 07/17/08 | 01048162 | IV | | 261.00 | | 261.00 | 55,034.50 |
| 07/18/08 | 01048661 | IV | | 575.00 | | 575.00 | 55,609.50 |
| 07/18/08 | 01048663 | IV | | 780.00 | | 780.00 | 56,389.50 |
| 07/19/08 | 01048827 | IV | | 520.00 | | 520.00 | 56,909.50 |
| 07/19/08 | 01048829 | IV | | 1,395.00 | | 1,395.00 | 58,304.50 |
| 07/19/08 | 01048866 | IV | | 105.00 | | 105.00 | 58,409.50 |
| 07/21/08 | 01049038 | IV | | 3,503.00 | | 3,503.00 | 61,912.50 |
| 07/22/08 | 01049388 | IV | | 2,360.00 | | 2,360.00 | 64,272.50 |
| 07/22/08 | 01049391 | IV | | 350.00 | | 350.00 | 64,622.50 |
| 07/22/08 | 01049392 | IV | | 500.00 | | 500.00 | 65,122.50 |
| 07/23/08 | 01049727 | IV | | 455.00 | | 455.00 | 65,577.50 |
| 07/24/08 | 00053183 | CM | SO:01049388 | | -560.00 | -560.00 | 65,017.50 |
| 07/24/08 | 01049903 | IV | | 4,072.00 | | 4,072.00 | 69,089.50 |
| 07/25/08 | 01050284 | IV | | 1,630.00 | | 1,630.00 | 70,719.50 |
| 07/25/08 | 01050309 | IV | | 290.00 | | 290.00 | 71,009.50 |
| 07/25/08 | 01050334 | IV | | 145.00 | | 145.00 | 71,154.50 |
| 07/26/08 | 01050599 | IV | | 2,765.00 | | 2,765.00 | 73,919.50 |
| 07/28/08 | 01050818 | IV | | 3,602.00 | | 3,602.00 | 77,521.50 |
| 07/28/08 | 01050834 | IV | | 837.00 | | 837.00 | 78,358.50 |
| 07/28/08 | 01050866 | IV | | 350.00 | | 350.00 | 78,708.50 |
| 07/28/08 | 01050870 | IV | | 220.00 | | 220.00 | 78,928.50 |
| 07/29/08 | 01051130 | IV | | 516.50 | | 516.50 | 79,445.00 |
| 07/29/08 | 01051133 | IV | | 3,730.00 | | 3,730.00 | 83,175.00 |
| 07/29/08 | 01051136 | IV | | 1,320.00 | | 1,320.00 | 84,495.00 |
| 07/30/08 | 01051436 | IV | | 308.00 | | 308.00 | 84,803.00 |
| 07/30/08 | 01051439 | IV | | 3,875.00 | | 3,875.00 | 88,678.00 |
| 07/31/08 | 01051697 | IV | | 1,346.00 | | 1,346.00 | 90,024.00 |

| Current | 15 - 21 | 22 - 28 | Over 28 days | Total Due |
|---|---|---|---|---|
| CONT | CONT | CONT | CONT | CONT |

PACA TRUST PROVISION: The perishable agricultural commodities listed on these invoices are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under these invoices, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.



Statement from:
Auster Acquisitions, LLC
2404 S Wolcott Ave
Chicago , IL 60608
(312) 829-6550   (312) 666-0095

013715
MS GRAND INC (BRIDGEVIEW)
MELROSE FRESH MARKET
10280 S HARLEM AVE
BRIDGEVIEW, IL 60455

Outstanding Invoices as of 09/04/08

| Date | Invoice | Type | Reference | Charges | Credits | Amount Due | Balance |
|------|---------|------|-----------|---------|---------|-----------|---------|
| 07/31/08 | 01051700 | IV | | 667.00 | | 667.00 | 90,691.00 |
| 08/01/08 | 01052113 | IV | | 2,156.00 | | 2,156.00 | 92,847.00 |
| 08/01/08 | 01052121 | IV | | 361.50 | | 361.50 | 93,208.50 |
| 08/02/08 | 01052287 | IV | | 4,499.00 | | 4,499.00 | 97,707.50 |
| 08/02/08 | 01052310 | IV | | 2,385.00 | | 2,385.00 | 100,092.50 |
| 08/04/08 | 00053319 | CM | SO:01051700 | | -220.00 | -220.00 | 99,872.50 |
| 08/04/08 | 01052570 | IV | | 1,282.00 | | 1,282.00 | 101,154.50 |
| 08/04/08 | 01052584 | IV | | 1,213.00 | | 1,213.00 | 102,367.50 |
| 08/18/08 | 01055630 | IV | | 3,616.00 | | 3,616.00 | 105,983.50 |
| 09/04/08 | 01055630 | PY | 1019 | | -3,342.50 | 273.50 | 102,641.00 |
| 08/19/08 | 01055897 | IV | | 2,080.00 | | 2,080.00 | 104,721.00 |
| 08/20/08 | 01056162 | IV | | 4,402.50 | | 4,402.50 | 109,123.50 |
| 08/20/08 | 01056169 | IV | | 400.00 | | 400.00 | 109,523.50 |
| 08/20/08 | 01056174 | IV | | 320.00 | | 320.00 | 109,843.50 |
| 08/21/08 | 00053551 | CM | SO:01055604 | | -60.00 | -60.00 | 109,783.50 |
| 08/21/08 | 01056405 | IV | | 662.00 | | 662.00 | 110,445.50 |
| 08/21/08 | 01056410 | IV | | 408.50 | | 408.50 | 110,854.00 |
| 08/22/08 | 01056802 | IV | | 3,410.50 | | 3,410.50 | 114,264.50 |
| 08/22/08 | 01056820 | IV | | 614.50 | | 614.50 | 114,879.00 |
| 08/23/08 | 01057045 | IV | | 2,378.50 | | 2,378.50 | 117,257.50 |
| 08/25/08 | 01057164 | IV | | 1,833.00 | | 1,833.00 | 119,090.50 |
| 08/25/08 | 01057179 | IV | | 992.50 | | 992.50 | 120,083.00 |
| 08/26/08 | 01057468 | IV | | 3,272.00 | | 3,272.00 | 123,355.00 |
| 08/26/08 | 01057473 | IV | | 1,373.50 | | 1,373.50 | 124,728.50 |
| 08/27/08 | 00053618 | CM | SO:01057179 | | -247.00 | -247.00 | 124,481.50 |
| 08/27/08 | 00053618 | CM | SO:01057473 | | -140.00 | -387.00 | 124,341.50 |
| 08/27/08 | 01057693 | IV | | 600.50 | | 600.50 | 124,942.00 |
| 08/27/08 | 01057727 | IV | | 542.00 | | 542.00 | 125,484.00 |

| Current | 15 - 21 | 22 - 28 | Over 28 days | Total Due |
|---------|---------|---------|--------------|-----------|
| 15,640.50 | 7,476.00 | .00 | 102,367.50 | $125,484.00 |

PACA TRUST PROVISION: The perishable agricultural commodities listed on these invoices are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under these invoices, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**EXHIBIT "B"**

THE AUSTER COMPANY, INC.
Wholesale Fruits and Vegetables
2404 S. Wolcott Avenue, Units 32-33 • Chicago, IL 60608
Phone: (312) 829-6550 • Fax: (312) 666-0095



THE AUSTER COMPANY, INC.

Invoice: 01040412
Customer: 013715
Ship to: MS GRAND INC (BRIDGEVIEW)
P.O.: 06/16/08

CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY

Invoice: 09/04/08 10:15a
Customer: 01040412
Ship to: 013715
P.O.: 06/16/08
MS GRAND INC (BRIDGEVI

| Qty | Description | Price | Amount | Code |
|---|---|---|---|---|
| 5 | APPLES, EMPIRES 113CT | @ 21.00 | 105.00 | |
| 21 | APPLES, ROYAL GALA 113CT | @ 38.00 | 798.00 | 00064257 |
| 10 | PEARS, ANJOU | @ 32.00 | 320.00 | 00064092 |
| 5 | PEARS, ANJOU | @ 16.00 | 80.00 | 00064178 |
| 50 | PLUMS, RED BEAUTY | @ 8.00 | 400.00 | 00063747 |
| | | | | 00064198 |

FOR RESALE ONLY
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice a
re sold subject to the statutory trust authorized by section 5 (c) of the Perishable
Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities
retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds
from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is
reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA
inspection is performed on the product. Interest shall accrue on any past due account
balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes
necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of
collection, including court costs and attorneys' fees.

FOR RESALE ONLY
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice a
re sold subject to the statutory trust authorized by section 5 (c) of the Perishable
Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities
retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds
from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is
reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA
inspection is performed on the product. Interest shall accrue on any past due account
balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes
necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of
collection, including court costs and attorneys' fees.

Salesman: Nick Flore

TOTAL
1703.00

WRITTEN BY

Nick Flore

DELIVERED BY