UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MARANO COMPANY<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>MS-GRAND BRIDGEVIEW, INC.,<br>an Illinois corporation, d/b/a<br>MELROSE FRESH MARKET,<br>PETER LIMPERIS, and MAKIS LIMPERIS<br><br>　　　　　Defendants<br>_____<br><br>JACK TUCHTEN WHOLESALE PRODUCE, INC.<br><br>　　　　　Intervening Plaintiff<br>　　v.<br><br>MS-GRAND BRIDGEVIEW, INC.,<br>an Illinois corporation, d/b/a<br>MELROSE FRESH MARKET,<br>PETER LIMPERIS, and MAKIS LIMPERIS<br><br>　　　　　Defendants. | Case No. 08CV4244<br>Judge Zagel<br>Magistrate Judge Brown |

## NOTICE OF MOTION AND HEARING

MS-Grand Bridgeview, Inc. d/b/a Melrose Fresh Market
Serve: Alfred S. Lee, Registered Agent
380 S. Schmale Road, Ste. 102
Carol Stream, IL 60188

Peter Limperis
20180 S. Harlem Avenue
Bridgeview, IL 60455

Makis Limperis
10280 S. Harlem Avenue
Bridgeview, IL 60455

1
1

Lawrence B. Ordower, Esq.
Ordower & Ordower, PC
One North LaSalle Street, Ste. 1300
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2008, the **PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION ORDER** was filed, copies of which were served upon you via the court's ECF service and/or overnight delivery.

**PLEASE TAKE FURTHER NOTICE** that this matter is set to be heard on **Tuesday, September 9, 2008, at 10:15 a.m.** before the Honorable James B. Zagel at Everett McKinley Dirksen Building, Room 2503, 219 South Dearborn Street, Chicago, IL 60604.

Dated this 4th day of September, 2008.   Respectfully submitted,

| McCARRON & DIESS | LAW OFFICES OF WILLIAM B. KOHN |
|---|---|
| By: s/ Mary Jean Fassett | By: s/ William B. Kohn |
| Mary Jean Fassett, ID#9078552 | William B. Kohn, ARDC #6196142 |
| 4900 Massachusetts Ave., N.W. | 150 N. Wacker Drive |
| Suite 310 | Suite 1400 |
| Washington, DC 20016 | Chicago, Illinois 60606 |
| (202) 364-0400 | (312) 553-1200 |
| mjf@mccarronlaw.com | kohn@wbkohnlaw.com |
| | Attorneys for Intervening Plaintiff |
| | Jack Tuchten Wholesale Produce, Inc. |

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system, and via overnight delivery, this 4th day of September, 2008, on the following:

MS-Grand Bridgeview, Inc. d/b/a Melrose Fresh Market
Serve: Alfred S. Lee, Registered Agent
380 S. Schmale Road, Ste. 102
Carol Stream, IL 60188

Peter Limperis
10280 S. Harlem Avenue
Bridgeview, IL 60455

Makis Limperis
10280 S. Harlem Avenue
Bridgeview, IL 60455

                                        s/ Mary Jean Fassett
                                        Mary Jean Fassett